UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOTIN,

                      Plaintiff,                    Civil Action No. _____

             —against—

DIGIULIO GROUP REAL ESTATE LLC               **COMPLAINT**
and JUSTIN DIGIULIO,

                                  **JURY DEMANDED**
                Defendants.

The Complaint of the Plaintiff, BRIAN TOTIN, respectfully shows and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement arising out of the Defendants' unauthorized, willful and continuing use of 116 photographs authored and owned by the Plaintiff. Plaintiff is an award-winning photojournalist whose photographic work was published in a multitude of national publications including Sports Illustrated, ESPN the Magazine, Newsweek and The New York Times. Plaintiff subsequently became a real estate agent in New York City and parlayed his photographic expertise to make photographs of real estate for advertising purposes that result in a higher than average response rate of consumers to his advertising.

2.      Defendants willfully used photographs made by the Plaintiff without any form of authorization of the Plaintiff. Defendants used these photographs for advertising purposes in order to draw consumers to the properties Defendants were marketing and enjoy brokerage commissions Defendants may have not been able to obtain without the unauthorized use of the Plaintiff's

photographs. Defendants further used Plaintiff's photographs to directly and illegally compete with Plaintiff. Defendants continued this pattern of behavior after ignoring multipole notices to cease and desist.

3.     Defendants used Plaintiff's photographs to mislead and defraud the public through false and deceptive advertising. In some instances, the photographs the Defendants used without any form of authorization of the Plaintiff were used to advertise property Defendants did not have the right to advertise, as the owner of that property did not give Defendants permission to advertise their property and as the exclusive right to market and advertise the property was granted by the property owner to the real estate brokerage firm with which Plaintiff was then affiliated. In one instance the Defendants infringed on 104 photographs owned by the Plaintiff while infringing upon tens of thousands of photographs owned by other parties.

4.     Plaintiff is a licensed real estate salesperson, affiliated with a non-party licensed real estate broker. As set forth below, Defendants are a licensed real estate broker and that limited liability company's representative broker. These licenses are issued pursuant to Article 12-A of the New York Real Property Law and pursuant to that law, the State of New York has issued Regulations Affecting Brokers and Salespersons under part 175 of Title 19 NYCRR.

**JURISDICTION AND VENUE**

5.     This is a civil action seeking damages and declaratory and injunctive relief for copyright infringement, arising under 17 U.S.C. §§ 101, et seq. This Court has original subject matter jurisdiction over the action under 28 U.S.C. §§ 1331 and 1338(a), as this action asserts copyright claims arising under the laws of the United States.

6.      This Court has personal jurisdiction over Defendants because Defendants are domiciled in this state, because Defendants are licensed to do business in this state and because the Defendants conduct continuous, systematic, and routine business within this state and this District. Defendants also committed the acts alleged herein in this Districts. Defendants infringed upon Plaintiff's copyrights in this District by distributing infringing copies of the Plaintiff's copyrighted works to persons in this District. Defendants further presented copies of the Plaintiff's copyrighted works on Internet websites that attract citizens from this Districts as viewers. The advertisements that contained the infringed-upon photographs marketed property located within this District.

7.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1391(b),(c),(d), and 1400(a) because Plaintiff's claims arose in this district, because Defendants may be found in this District and because Defendants do business in this District. Defendants infringed upon Plaintiff's copyrights in this District by distributing infringing copies of the Plaintiff's copyrighted works to persons in this District. Defendants further presented copies of the Plaintiff's copyrighted works on Internet websites that attract citizens from this District as viewers. The advertisements that contained the infringed-upon photographs marketed property located within this District. Defendants further committed the acts complained of within this District.

## THE PARTIES

8.      The Plaintiff herein is a citizen of the State of New York, County of New York.

9.      Defendant DIGIULIO GROUP REAL ESTATE LLC ("DGRE") is a domestic limited liability company organized under the laws of the State of New York. DGRE operates as a Licensed Real Estate Broker in the State of New York, holding license number 10991224988.

10.     Defendant JUSTIN DIGIULIO ("Digiulio") is the principal real estate broker and company broker of DGRE, and upon information and belief, the sole owner of DGRE.

## ALLEGATIONS COMMON TO ALL CLAIMS

**I.     Plaintiff's Copyrighted Works**

11.     Plaintiff has duly registered copyrights in and to 155 published photographs under the title "Published works of Brian Totin, 2015, Vol 2" with the United States Copyright Office and has complied with all applicable statutory registration and renewal requirements. The United States Copyright Office has issued a Certificate of Registration for "Published works of Brian Totin, 2015, Vol 2" under registration number VA 2-102-420 with an effective date of registration of May 9, 2018. A true and correct copy of registration number VA 2-102-420 is annexed as "exhibit A."

12.     Plaintiff has duly registered copyrights in and to 497 published photographs under the title "Published works of Brian Totin, 2016, Vol 1" with the United States Copyright Office and has complied with all applicable statutory registration and renewal requirements. The United States Copyright Office has issued a Certificate of Registration for "Published works of Brian Totin, 2016, Vol 1" under registration number VA 2-096-795 with an effective date of registration of March 6, 2018. A true and correct copy of registration number VA 2-096-795 is annexed as "exhibit B."

13.     Plaintiff has duly registered copyrights in and to 717 published photographs under the title "Published works of Brian Totin, 2017, Vol 1" with the United States Copyright Office and has

complied with all applicable statutory registration and renewal requirements. The United States Copyright Office has issued a Certificate of Registration for "Published works of Brian Totin, 2017, Vol 1" under registration number VA 2-096-797 with an effective date of registration of March 7, 2018. A true and correct copy of registration number VA 2-096-797 is annexed as "exhibit C."

14.     Plaintiff has duly registered copyrights in and to 190 published photographs under the title "Published works of Brian Totin, 2018, Vol 1" with the United States Copyright Office and has complied with all applicable statutory registration and renewal requirements. The United States Copyright Office has issued a Certificate of Registration for "Published works of Brian Totin, 2018, Vol 1" under registration number VA 2-098-415 with an effective date of registration of April 14, 2018. A true and correct copy of registration number VA 2-098-415 is annexed as "exhibit D."

15.     Plaintiff has duly registered copyrights in and to 217 published photographs under the title "Published works of Brian Totin, 2018, Vol 2" with the United States Copyright Office and has complied with all applicable statutory registration and renewal requirements. The United States Copyright Office has issued a Certificate of Registration for "Published works of Brian Totin, 2018, Vol 2" under registration number VA 2-115-414 with an effective date of registration of June 28, 2018. A true and correct copy of registration number VA 2-115-414 is annexed as "exhibit E."

16.     Plaintiff has duly registered copyrights in and to 93 published photographs under the title "Published works of Brian Totin, 2018, Vol 3" with the United States Copyright Office and has complied with all applicable statutory registration and renewal requirements. The United States

Copyright Office has issued a Certificate of Registration for "Published works of Brian Totin, 2018, Vol 3" under registration number VA 2-125-394 with an effective date of registration of October 9, 2018. A true and correct copy of registration number VA 2-125-394 is annexed as "exhibit F."

17.     Plaintiff has duly registered copyrights in and to 94 published photographs under the title "Published works of Brian Totin, 2018, Vol 4" with the United States Copyright Office and has complied with all applicable statutory registration and renewal requirements. The United States Copyright Office has issued a Certificate of Registration for "Published works of Brian Totin, 2018, Vol 4" under registration number VA 2-136-183 with an effective date of registration of December 20, 2018. Additionally, the United States Copyright Office has issued a Supplementary Certificate of Registration for "Published works of Brian Totin, 2018, Vol 4" under registration number VA 2-157-901 with an effective date of registration of February 4, 2019[1]. True and correct copies of registration numbers VA 2-136-183 and VA 2-157-901 are annexed as "exhibit G."

18.     Plaintiff has duly registered copyrights in and to 76 published photographs under the title "Published works of Brian Totin, 2019, Vol 2." with the United States Copyright Office and has complied with all applicable statutory registration and renewal requirements. The United States Copyright Office has issued a Certificate of Registration for "Published works of Brian Totin, 2019, Vol 2." under registration number VA 2-163-315 with an effective date of registration of

---

[1] On registration VA 2-136-183, Plaintiff inadvertently duplicated the titles of photographs published in November, 2018 as also published in December 2018. Plaintiff filed a supplementary registration to correct this error. See "Explanation of Corrections" on registration number VA 2-157-901.

July 3, 2019. A true and correct copy of registration number VA 2-163-315 is annexed as "exhibit H."

19.     Plaintiff has duly registered copyrights in and to 30 published photographs under the title "Published works of Brian Totin, 2019, Vol 3." with the United States Copyright Office and has complied with all applicable statutory registration and renewal requirements. The United States Copyright Office has issued a Certificate of Registration for "Published works of Brian Totin, 2019, Vol 3." under registration number VA 2-169-338 with an effective date of registration of August 26, 2019 and a Registration Decision Date of September 16, 2019. A true and correct copy of registration number VA 2-169-338 is annexed as "exhibit I."

20.     Contained within the group-registered work "Published works of Brian Totin, 2017, Vol 1", registration number VA 2-096-797, are five photographs titled "22w77a63k.jpg", "22w77a63lav.jpg", "22w77a63mr1.jpg", "22w77a63mr2.jpg" and "22w77lobby.jpg".

21.     True and correct copies of "22w77a63k.jpg", "22w77a63lav.jpg", "22w77a63mr1.jpg", "22w77a63mr2.jpg" and "22w77lobby.jpg", as they appear within registration number VA 2-097-797 are annexed as "exhibit J."

22.     The photographs "22w77a63k.jpg", "22w77a63lav.jpg", "22w77a63mr1.jpg", "22w77a63mr2.jpg" and "22w77lobby.jpg" are collectively referred to as the "22 West 77 Photographs" herein.

23.     Contained within the group-registered work "Published works of Brian Totin, 2018, Vol 1", registration number VA 2-098-415, are three photographs titled "860RSDa2Klav.jpg",

"860RSDa2Kmr1.jpg" and "860RSDa2Kmr2.jpg" and contained within the group-registered work "Published works of Brian Totin, 2018, Vol 2", registration number VA 2-115-414, is a photograph titled "860rsda2kknew.jpg".

24.     True and correct copies of "860RSDa2Klav.jpg", "860RSDa2Kmr1.jpg" and "860RSDa2Kmr2.jpg" as they appear within registration number VA 2-098-415, and a true and correct copy of "860rsda2kknew.jpg" as it appears within registration number VA 2-115-114, are annexed as "exhibit K."

25.     The photographs "860RSDa2Klav.jpg", "860RSDa2Kmr1.jpg", "860RSDa2Kmr2.jpg" and "860rsda2kknew.jpg" are collectively referred to as the "860 Riverside Photographs" herein.

26.     Contained within the group-registered work "Published works of Brian Totin, 2018, Vol 4", registration number VA 2-136-183 and supplemental registration number VA 2-157-901, are three photographs titled "338w77a4abr.jpg", "338w77a4alav.jpg" and "338w77a4alr.jpg".

27.     True and correct copies of "338w77a4abr.jpg", "338w77a4alav.jpg" and "338w77a4alr.jpg" as they appear within registration number VA 2-136-183 and supplemental registration number VA 2-157-901 are annexed as "exhibit L."

28.     The photographs "338w77a4abr.jpg", "338w77a4alav.jpg" and "338w77a4alr.jpg" are collectively referred to as the "338 West 77 Photographs" herein.

29.     Contained within the group-registered works "Published works of Brian Totin, 2015, Vol 2", registration number VA 2-102-420; "Published works of Brian Totin, 2016, Vol 1", registration number VA 2-096-795; "Published works of Brian Totin, 2017, Vol 1", registration number VA

2-096-797; "Published works of Brian Totin, 2018, Vol 3", registration number VA 2-125-394; "Published works of Brian Totin, 2019, Vol 2.", registration number VA 2-163-315 and; "Published works of Brian Totin, 2019, Vol 3.", registration number VA 2-169-338 are 104 photographs that are hereto after referred to as the "RLS Photographs". A list of the Individual Photograph Titles of the RLS Photographs, with corresponding Title of Group Registrations and Registration numbers are annexed as exhibit M.

30.     The operation of 37 CFR § 202.4(i) deems published photographs registered under a group registration as individual original works of authorship. Specifically, a group registration of published photographs individually covers the copyrightable authorship in each work that has been included in the group and each work in the group is considered to be individually registered as a separate work.

31.     The 22 West 77 Photographs, the 860 Riverside Photographs, the 338 West 77 Photographs and the RLS photographs are referred to as the "Totin Copyrighted Works" hereafter.

32.     The Totin Copyrighted Works are individual original works of authorship and constitute copyrightable subject matter under the Copyright Act, 17 U.S.C. §§ 101, et seq.

33.     Plaintiff is the author of the Totin Copyrighted Works.

34.     Plaintiff owns the exclusive right to reproduce the Totin Copyrighted Works, distribute copies of the Totin Copyrighted Works to the public and display the Totin Copyrighted Works publicly. Plaintiff is entitled to all of the protections and remedies for the Totin Copyrighted Works accorded to a copyright owner.

**II.      Defendant's Repeated Infringement of the Totin Copyrighted Works**

35.      On or about April 17, 2018, Plaintiff discovered that Defendants published or caused to be published the 22 West 77 Photographs to the website *http://www.nakedapartments.com* (the "22 West 77 Infringements") without any form of authorization from the Plaintiff.

36.      True and correct copies of the 22 West 77 Infringements are annexed to this Complaint as "Exhibit N."

37.      In an attempt to resolve this matter without the intervention of the Court, Plaintiff sent notice to Defendants of their infringements of the 22 West 77 Photographs on or about May 15, 2018.

38.      Defendants responded to Plaintiff's May 15, 2018 notice by removing the 22 West 77 infringements and by stating that the 22 West 77 infringements were placed by an intern, whose employment they had already terminated.

39.      On or about June 18, 2018, Plaintiff discovered that Defendant and their Licensed Associate Broker Marc Illes ("Illes"), acting on Defendant's behalf, published or caused to be published the 860 Riverside Photographs to the website *http://www. nakedapartments.com* (the "860 Riverside Infringements") without any form of authorization from the Plaintiff.

40.      True and correct copies of the 860 Riverside Infringements are annexed to this Complaint as "Exhibit O."

41.     Plaintiff sent notice to Defendants of their infringements of the 860 Riverside Photographs on or about June 18, 2018. Defendants responded to Plaintiff's June 18, 2018 notice by removing the 860 Riverside Infringements. Illes would later state that the 860 Riverside Infringements were placed by an intern, whose employment Defendant had already terminated. It is unclear if Illes was referring to the same intern who allegedly placed the 22 West 77 Infringements, and who's employment was allegedly terminated prior to the Defendants' infringement of the 860 Riverside Photographs, of if these interns were figments of Defendants' imagination.

42.     On or about December 20, 2018, Plaintiff discovered that Defendant published or caused to be published the 338 West 77 Photographs to the website *http://www.streeteasy.com* (the "338 West 77 Infringements") without any form of authorization from the Plaintiff.

43.     True and correct copies of the 338 West 77 Infringements are annexed to this Complaint as "Exhibit P."

44.     Defendants own, operate and control the content of an internet website at *https://www.digiuliogrouprealestate.com.*

45.     On or about August 9, 2019, Plaintiff discovered that Defendants published or caused to be published the RLS Photographs to the website *https://www.digiuliogrouprealestate.com* without any form of authorization from the Plaintiff.

46.     When initially applying for, or renewing, their license, real estate brokers and salespersons must agree under penalty of perjury to the statement, "I further affirm that I have read and

understand the provisions of Article 12-A of the Real Property Law and the rules and regulations promulgated thereunder," including part 175 of Title 19 NYCRR.

47.     Under 19 NYCRR §175.25 (b) (1), "Only a real estate broker is permitted to place or cause to be published advertisements related to the sale or lease of property."

48.     Upon information and belief, and at all times relevant, Defendants maintained a policy that permitted its affiliated sales associates, including Iles and the alleged interns, to publish apartment rental advertisements on Defendants' behalf without prior review by Defendants.

49.     By operation of law, 19 NYCRR §175.25(b)(1) makes the Defendants the *de facto* publisher of all apartment rental advertisements placed or caused to be published by its affiliated associate real estate brokers and real estate salespersons, including the advertisements containing the Totin Copyrighted Works.

50.     In infringing upon the Totin Copyrighted Works, in many instances the Defendants either removed or left an identifying watermark on the Totin Copyrighted Works. The identifying watermark, the logo of Plaintiff's then-affiliated non-party licensed real estate broker, put Defendants on notice that they did not have the right to publish or otherwise use the Totin Copyrighted Works and further gave Defendants notice that a competitor had a license to publish or otherwise use the Totin Copyrighted Works. The identifying watermark gave Defendants actual knowledge that they did not have the right to publish or otherwise use the Totin Copyrighted Works, but Defendants did so anyway, in reckless disregard for the copyrights of the Plaintiff.

51.     19 NYCRR § 175(b)(2)(a) prohibits real estate brokers and salespersons from advertising property "unless the real estate broker has obtained authorization for such advertisement from the owner of the property." Defendants, a licensed real estate broker and its principal broker, did not have authorization from the owner of the properties depicted in the Totin Copyrighted Works to place or publish the advertisements that contained the Totin Copyrighted Works.

52.     19 NYCRR § 175(b)(2)(b), prohibits real estate brokers and salespersons from advertising "property that is subject to an exclusive listing held by another real estate without the permission of the listing broker." In publishing the advertisements containing the Totin Copyrighted Works, Defendants advertised properties that were subject to an exclusive listing held by the Plaintiff's then-affiliated real estate brokerage. Defendants did not have authorization from the Plaintiff or his then-affiliated real estate brokerage to place or publish the unauthorized advertisements that that infringed upon the Totin Copyrighted Works.

53.     As a licensed real estate broker, Defendants previously stated under penalty of perjury that Defendants understood the provisions of 19 NYCRR § 175(b)(2)(a) and (b), and therefore knew they did not have any right to place or publish the unauthorized advertisements that infringed upon the Totin Copyrighted Works. Consequently, Defendants had actual knowledge that they did not have the right to place or publish the unauthorized advertisements that infringed upon the Totin Copyrighted Works, but did so anyway, in reckless disregard for the copyrights of the Plaintiff.

54.     The Defendant committed 116 separate willful infringements of the Totin Copyrighted Works.

**FIRST CAUSE OF ACTION**
**Direct Copyright Infringement**
**(Against all Defendants)**

55.     Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 54 as though fully set forth herein.

56.     The Totin Copyrighted Works constitute copyrightable subject matter under the Copyright Act, 17 U.S.C. §§ 101, et seq. Plaintiff has recorded the copyrights in and to the Totin Copyrighted Works with the United States Copyright Office and has complied with all applicable statutory registration and renewal requirements.

57.     Plaintiff owns the United States copyrights in the Totin Copyrighted Works, and Plaintiff further owns the exclusive right to reproduce the Totin Copyrighted Works, distribute copies of the Totin Copyrighted Works to the public and to display the Totin Copyrighted Works publicly. Plaintiff is entitled to all of the protections and remedies for the Totin Copyrighted Works accorded to a copyright owner.

58.     On information and belief, in direct violation of Plaintiff's exclusive rights, Defendants have directly infringed, and unless enjoined by this Court, will continue to infringe, on the copyrights in the Totin Copyrighted Works by, among other things, publishing the Totin Copyrighted Works to various websites without the consent of the Plaintiff.

## SECOND CAUSE OF ACTION
### Vicarious Copyright Infringement
### (Against All Defendants)

59.     Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 58 as though fully set forth herein.

60.     Under the doctrine of *respondeat superior*, Title 19 NYCRR, and New York State case law, it well established that a real estate broker and the principal real estate broker of a real estate brokerage is vicariously liable for sales associate misconduct.

61.     On information and belief, Defendants had the right, ability and responsibility to supervise Defendants' sales associates and interns, and on information and belief, did supervise Defendants' sales associates and interns in their unlawful preparation, duplication, and distribution of the Totin Copyrighted Works.

62.     On information and belief, Defendants enjoyed a direct financial benefit from the preparation, duplication, and distribution of the infringements of the Totin Copyrighted Works.

63.     In direct violation of Plaintiff's exclusive rights, and as a consequence of the foregoing, Defendants have vicariously infringed the copyrights in the Totin Copyrighted Works.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment against Defendant as follows:

1.    That the Court find that:

    a.  Defendants have infringed the copyrights in the Totin Copyrighted Works;

    b.  Defendants have vicariously infringed the copyrights in the Totin Copyrighted Works.

2.    That the Court enter a declaration that Defendants' publication of the Totin Copyrighted Works constitutes infringement of the Totin Copyrighted Works.

3.    That the Court find that as a direct and proximate result of Defendants' foregoing acts, Plaintiff is entitled to the following damages:

    a.  At Plaintiffs' election, statutory damages of up to $150,000 for each separate Totin Copyrighted Work infringed for willful infringement pursuant to 17 U.S.C. § 504(c), or Plaintiff's actual damages sustained as a result of Defendant's acts of copyright infringement according to proof and Defendant's profits obtained as a result of their acts of copyright infringement according to proof; and

    b.  Plaintiff's reasonable attorneys' fees and costs pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, et seq., and 17 U.S.C. § 505.

4.    That the Court find that the threat of irreparable harm to Plaintiff as a result of Defendants' conduct leaves Plaintiff without adequate remedy at law, and therefore that Plaintiff is entitled to an injunction restraining Defendants, their agents, servants, employees, attorneys, successors, assigns, subsidiaries, and all persons, firms, and corporations acting in concert with them, from directly or indirectly infringing the copyrights in the Totin Copyrighted Works, including but not limited to continuing to distribute, market, advertise, promote, produce, sell, or offer for sale the Totin Copyright

Works or any works derived or copied from the Totin Copyrighted Works, and from participating or assisting in any such activity whether or not it occurs in the United States.

5.      That the Court enjoin Defendants, their agents, servants, employees, attorneys, successors, assigns, subsidiaries, and all persons, firms, and corporations acting in concert with them, from directly or indirectly infringing the copyrights in the Totin Copyrighted Works, including but not limited to continuing to distribute, copy, publicly perform, market, advertise, promote, produce, sell, or offer for sale the Totin Copyrighted Works or any works derived or copied from the Totin Copyrighted Works, and from participating or assisting in any such activity whether or not it occurs in the United States.

6.      That the Court grant such other, further relief as it deems just and proper.

Dated: April 5, 2021                        Respectfully submitted,
New York, New York

                                            BRIAN TOTIN, PRO SE

                                            *s/ Brian Totin*                        .
                                            Brian Totin
                                            PO Box 230581
                                            New York, NY 10023
                                            (917)-881-1830
                                            brian@briantotin.com

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as provided by Rule 38 of the Federal Rules of Civil Procedure.

Dated: April 5, 2021                        Respectfully submitted,
New York, New York

                                            BRIAN TOTIN, PRO SE

                                            *s/ Brian Totin*                        .
                                            Brian Totin
                                            PO Box 230581
                                            New York, NY 10023
                                            (917)-881-1830
                                            brian@briantotin.com

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Lesle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-102-420

**Effective Date of Registration:**
May 09, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 08, 2015 to December 28, 2015

### Title

| | |
|---|---|
| **Title of Group:** | Published works of Brian Totin, 2015, Vol 2 |
| **Number of Photographs in Group:** | 155 |

- **Individual Photographs:** 83washa3flr2.jpg, 83washa3flr.jpg, 83washa3flr1.jpg, 83washa3flav.jpg, 83washa3fbr.jpg, 83washa3fk.jpg,
  **Published:** January 2015

- **Individual Photographs:** 148w70a5k.jpg, 148w70a5rev.jpg, 148w70a5lav.jpg, 148w70a5mr.jpg, 22w90a5flr con.jpg, 22w90a5fbr con.jpg, 22w90a5flav con.jpg, 22w90a5rlr con.jpg, 22w90a5rbr1 con.jpg, 22w90a5rlav con.jpg, 22w90a5rbr2 con.jpg, 158w81a84k.jpg, 158w81a84br3.jpg, 158w81a84lav.jpg, 158w81a84br1.jpg, 158w81a84br2.jpg, 158w81a84lr2.jpg, 158w81a84lr1.jpg, 158w81a84lav2.jpg,
  **Published:** March 2015

- **Individual Photographs:** 785weaa15eoldlav.jpg, 785weaa15eoldbr.jpg, 785weaa15eoldk.jpg, 785weaa15eoldlr.jpg, 83washa1rgar2.jpg, 83washa1rbr2.jpg, 83washa1rwindow.jpg, 22w90a5fdeck.jpg, 22w90a5fbr.jpg, 22w90a5flav.jpg, 22w90a5rlr.jpg, 22w90a5rbr1.jpg, 22w90a5rlav1.jpg, 22w90a5rk.jpg, 22w90a5rbr2.jpg, 22w90a5rlav2.jpg, 22w90a5rdeck.jpg, 22w90a5flr.jpg,
  **Published:** April 2015

- **Individual Photographs:** 83washa1rk2.jpg, 83washa1rbr3.jpg, 83washa1rlav.jpg, 83washa1rcol.jpg, 83washa1rlav2.jpg, 83washa1rbr.jpg, 83washa1rho.jpg, 83washa1rk.jpg, 83washa1rlr.jpg, 83washa1riead.jpg, 83washa1rgar.jpg,
  **Published:** May 2015

- **Individual Photographs:** 158w81a33obr.jpg, 158w81a33obr2.jpg, 158w81a33ok.jpg, 158w81a33olav.jpg, 158w81a33olr.jpg,
  **Published:** June 2015

- **Individual Photographs:** 158w81a32olav.jpg, 158w81a32obr.jpg, 158w81a32ok.jpg, 158w81a32olr.jpg, 158w81a32obr2.jpg, 158w81a32obb.jpg, 250w104a94lav.jpg, 250w104a94k.jpg, 250w104a94br.jpg, 250w104a94dr.jpg, 250w104a94lr1.jpg, 250w104a94lr2.jpg,
  **Published:** July 2015

- **Individual Photographs:** 100w76a4nbr.JPG, 100w76a4nlav.JPG, 100w76a4ndr.JPG, 100w76a4nlr.JPG, 100w76a4nk.JPG,

|  | Published: | August 2015 |
|---|---|---|
| • | **Individual Photographs:** | 217w115a4blav.JPG, 217w115a4bbr2.JPG, 217w115a4bbr1.JPG, 217w115a4bk.JPG, 217w115a4blr.JPG, 148w70a11ak.JPG, 148w70a11alav.JPG, 148w70a11alr.JPG, 148w70a11afp.JPG, 785weaa3cak2.JPG, 785weaa3calr3.JPG, 785weaa3cabt11.JPG, 100w76a4n1br.jpg, 100w76a4n1DR.jpg, 100w76a4n1k.jpg, 100w76a4n1lav.jpg, 100w76a4n1lr.jpg, 100w76a4n1lr2.jpg, 100w76a4s1br1.jpg, 100w76a4s1closet.jpg, 100w76a4s1dr.jpg, 100w76a4s1lav.jpg, 100w76a4s1lav2.jpg, 100w76a4s1lr.jpg, 785weaa9cbr1.jpg, 785weaa9cbr2.jpg, 785weaa9ck.jpg, 785weaa9clav.jpg, 785weaa9clr.jpg, 785weaa3cbbr.jpg, 785weaa3cbk.jpg, 785weaa3cblr.jpg, 785weaa3abr1.jpg, 785weaa3abr2.jpg, 785weaa3ak.jpg, 785weaa3alav.jpg, 785weaa3alr.jpg, 785weaalaundry.jpg, 785weaalobby.jpg, 148w70a11fp.jpg, 148w70a11k.jpg, 148w70a11lav.jpg, 148w70a11mr.jpg, |
|  | Published: | October 2015 |
| • | **Individual Photographs:** | 106w80a1r2lav1.jpg, 106w80a1r2lav2.jpg, 106w80a1r2br3.jpg, 106w80a1r2br2.jpg, 106w80a1r2lr1.jpg, 106w80a1r2k.jpg, 106w80a1r2br1a.jpg, 782wealav reno.jpg, 782weawic.jpg, 782weak reno galley.jpg, 782weak mid reno pullman.jpg, 782weaview.jpg, 782wealav mid reno.jpg, 782wealav high end.jpg, 782weabr.jpg, 104w80a3k.jpg, 104w80a3mr1.jpg, 104w80a3mr2.jpg, 104w80a3fp.jpg, 104w80a3lav.jpg, |
|  | Published: | November 2015 |
| • | **Individual Photographs:** | 64w82a4rlr wide.jpg, 64w82a4rlr1.jpg, 64w82a4rlr2.jpg, 64w82a4rlr3.jpg, 64w82a4rlr4.jpg, 64w82a4rbr1.jpg, 64w82a4rbr2.jpg, 64w82a4rk.jpg, 64w82a4rlav.jpg, 64w82a4rdr.jpg, 785weaa14doccbr.jpg, 785weaa14docclr1.jpg, 785weaa14docck.jpg, 785weaa14docclav.jpg, 785weaalaundry new.jpg, |
|  | Published: | December 2015 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 08, 2015 |
| **Latest Publication Date in Group:** | December 28, 2015 |
| **Nation of First Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Brian Totin |
| | **Author Created:** | photographs |
| | **Work made for hire:** | No |
| | **Citizen of:** | United States |
| | **Year Born:** | 1976 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brian Totin |
| | PO Box 230581, New York, NY, 10023, United States |

**Rights and Permissions**

|  |  |
|---|---|
| **Name:** | Brian Totin |
| **Email:** | brian@briantotin.com |
| **Telephone:** | (917)881-1830 |
| **Address:** | PO Box 230581 |
|  | New York, NY 10023 United States |

**Certification**

|  |  |
|---|---|
| **Name:** | Brian Totin |
| **Date**: | May 09, 2018 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Uagett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-096-795

**Effective Date of Registration:**
March 06, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 14, 2016 to December 29, 2016

## Title
_____

**Title of Group:** Published works of Brian Totin, 2016, Vol 1
**Number of Photographs in Group:** 497

- **Individual Photographs:** 11w74a2br.jpg, 11w74a2br2 rev1.jpg, 11w74a2k1.jpg, 11w74a2k2.jpg, 11w74a2lav.jpg, 11w74a2lav2.jpg, 11w74a2lr.jpg, 11w74a2mbr.jpg, 11w74a2wic.jpg, 11w74a4br1.jpg, 11w74a4br2.jpg, 11w74a4k.jpg, 11w74a4lav1.jpg, 11w74a4lav2.jpg, 11w74a4lr1.jpg, 11w74a4lr2.jpg, 11w74a4wic.jpg, 11w74front.jpg, 11w74hall.jpg, 45w67a18fbr.jpg, 45w67a18fk.jpg, 45w67a18flav.jpg, 45w67a18flr.jpg, 47w84a3sbr.jpg, 47w84a3slav.jpg, 47w84a3slr rev.jpg, 47w84a3slr.jpg, 64w82a5fbr1.jpg, 64w82a5fbr2.jpg, 64w82a5flr wide.jpg, 64w82a5flr1.jpg, 64w82a5flr2.jpg, 72wadswortha5cbr.jpg, 72wadswortha5ck.jpg, 72wadswortha5clav.jpg, 82wadswortha6dbr.jpg, 82wadswortha6dk.jpg, 82wadswortha6dlav.jpg, 82wadswortha6dlr.jpg, 83washa3rbr.jpg, 83washa3rk.jpg, 83washa3rlav.jpg, 83washa3rlr1.jpg, 83washa3rlr2.jpg, 95lexa2bk.jpg, 95lexa2blav.jpg, 95lexa2blr.jpg, 100w76a5sbr1.jpg, 100w76a5sbr2.jpg, 100w76a5sdr.jpg, 100w76a5sk1.jpg, 100w76a5sk2.jpg, 100w76a5slav1.jpg, 100w76a5slav2.jpg, 100w76a5slr.jpg, 100w76a5smbr.jpg, 100w76a6sbr.jpg, 100w76a6sbr1.jpg, 100w76a6sclos.jpg, 100w76a6sdr.jpg, 100w76a6sk.jpg, 100w76a6slav.jpg, 100w76a6slav2.jpg, 100w76a6slr.jpg, 101w70a2sbr1.jpg, 101w70a2sbr2.jpg, 101w70a2sdr.jpg, 101w70a2sdr_rev.jpg, 101w70a2sdr2.jpg, 101w70a2sk.jpg, 101w70a2slav.jpg, 101w70a2slr.jpg, 102bradhursta313br1.jpg, 102bradhursta313br2.jpg, 102bradhursta313k1.jpg, 102bradhursta313k2.jpg, 102bradhursta313lav.jpg, 102bradhursta313lr.jpg, 104w80a6k.jpg, 104w80a6lav.jpg, 104w80a6loft.jpg, 104w80a6lr.jpg, 104w80a9lk.jpg, 104w80a9lloft.jpg, 104w80a9lmr.jpg, 104w80a9mr1.jpg, 104w80a9mr2.jpg, 104w80alav 5 fl.jpg, 104w80a12loft.jpg, 104w80a12mr.jpg, 104w80a12mr2.jpg, 106w80a1r1br1.jpg, 106w80a1r1br2.jpg, 106w80a1r1br3.jpg, 106w80a1r1k.jpg, 106w80a1r1lav1.jpg, 106w80a1r1lav2.jpg, 106w80a1r1lr.jpg, 127w72a3abr.jpg, 127w72a3ak.jpg, 127w72a3alav.jpg, 127w72a3alr.jpg, 130w73ap5k.jpg, 130w73ap5lav.jpg, 130w73ap5lr.jpg, 137w83a3wbr1.jpg, 137w83a3wbr2.jpg, 137w83a3wk.jpg, 137w83a3wlav.jpg, 137w83a3wlr .jpg,

  **Published:** January 2016

- **Individual Photographs:** 202w96ap2clr2.jpg, 204w96a1cbr.jpg, 204w96a1ck.jpg, 204w96a1clav.jpg, 204w96a1clr.jpg, 204w96a4dbr.jpg, 204w96a4dk.jpg, 204w96a4dlav.jpg, 204w96a4dlr.jpg, 206w96a1dbr1.jpg, 206w96a1dbr2.jpg, 206w96a1dk.jpg,

206w96a1dlav.jpg, 206w96a1dlr.jpg, 206w96a4bbr1.jpg, 206w96a4bbr2.jpg, 206w96a4bk.jpg, 206w96a4blav.jpg, 206w96a4blr.jpg, 209w104a4fk.jpg, 209w104a4flav.jpg, 209w104a4fmr1.jpg, 209w104a4fmr2.jpg, 230w108a5dbr1.jpg, 230w108a5dbr2.jpg, 230w108a5dk.jpg, 230w108a5dlav.jpg, 230w108a5dlr rev.jpg, 230w108a5dlr.jpg, 230w123a4abr.jpg, 230w123a4ak.jpg, 230w123a4alav.jpg, 230w123a4alr.jpg, 230w123a4cbr.jpg, 230w123a4cbr2.jpg, 230w123a4ck.jpg, 230w123a4clav.jpg, 230w123a4clr.jpg, 239w72a5fbr1.jpg, 239w72a5fbr2.jpg, 239w72a5fbr3.jpg, 239w72a5fk.jpg, 239w72a5flav.jpg, 239w72a5flr.jpg, 250w104a22br.jpg, 250w104a22br2.jpg, 250w104a22dr.jpg, 250w104a22k.jpg, 250w104a22lav.jpg, 250w104a22lr.jpg, 250w104a22maid.jpg, 250w104a33br.jpg, 250w104a33br2.jpg, 250w104a33dr.jpg, 250w104a33k.jpg, 250w104a33lav.jpg, 250w104a33lr.jpg, 250w104a81br.jpg, 250w104a81br2.jpg, 250w104a81dr.jpg, 250w104a81k.jpg, 250w104a81lav.jpg, 250w104a81lr.jpg, 250w104a81maid.jpg, 250w104alobby.jpg, 250w104laundry.jpg, 304w30a7br1.jpg, 304w30a7br1r.jpg, 304w30a7br2.jpg, 304w30a7k.jpg, 304w30a7lav.jpg, 304w30a7lr.jpg, 304w30a7lr2.jpg, 304w30a7obr1tmp.jpg, 304w30a7obr2.jpg, 304w30a7obr2rev.jpg, 304w30a7ok.jpg, 304w30a7olav.jpg, 304w30a7olr.jpg, 304w102a2bk.jpg, 304w102a2blav.jpg, 304w102a2bmr.jpg, 304w102a4abr.jpg, 304w102a4ak.jpg, 304w102a4alav.jpg, 304w102a4alr.jpg, 304w102bldg.jpg, 308w121a14br1.jpg, 308w121a14br2.jpg, 308w121a14k.jpg, 308w121a14lav.jpg, 308w121a14lr.jpg, 308w121a15br1.jpg, 308w121a15br2.jpg, 308w121a15k.jpg, 308w121a15lav.jpg, 308w121a15lr.jpg, 310w89a3fbr.jpg, 310w89a3fk.jpg, 310w89a3flav.jpg, 310w89a3flr.jpg, 310w89a3rbr.jpg, 310w89a3rk.jpg, 310w89a3rlr.jpg, 310w89a3rter.jpg, 310w89a3rter_h.jpg, 310w89a5fbr.jpg, 310w89a5fk.jpg, 310w89a5flav.jpg, 310w89a5flr1.jpg, 310w89a5flr2.jpg,

**Published:**     January 2016



- **Individual Photographs:**     137w83a3wlr rev.jpg, 139w83a2sbr1.jpg, 148w70a10k.jpg, 148w70a10loft.jpg, 148w70a10mr.jpg, 148w70a12mr1 hdf.jpg, 148w70a12mrd hdr.jpg, 158w81a32br1.jpg, 158w81a32br2.jpg, 158w81a32br2a.jpg, 158w81a32k.jpg, 158w81a32lav.jpg, 158w81a32lr rev.jpg, 158w81a32lr.jpg, 158w81a52br1.jpg, 158w81a52br2.jpg, 158w81a52k.jpg, 158w81a52lav.jpg, 158w81a52lobby.jpg, 158w81a52lr.jpg, 159w76a1bbr.jpg, 159w76a1bdr.jpg, 159w76a1bgarden.jpg, 159w76a1bk.jpg, 159w76a1blav.jpg, 159w76a1blower.jpg, 159w76a1blr.jpg, 159w76a1blr2.jpg, 159w76a2bbr.jpg, 159w76a2bk.jpg, 159w76a2blav.jpg, 159w76a2blr.jpg, 159w76a2blr1.jpg, 159w76a2blr2.jpg, 159w76a3bbr.jpg, 159w76a3bk.jpg, 159w76a3blav.jpg, 159w76a3blr.jpg, 159w76a3blr1.jpg, 159w76a3blr2.jpg, 159w76a5bbr1.jpg, 159w76a5bbr2.jpg, 159w76a5bk.jpg, 159w76a5blr.jpg, 159w76a5bter.jpg, 160clare2ebr1.jpg, 160clare2ebr2.jpg, 160clare2ck.jpg, 160clare2elav.jpg, 160clare2elr.jpg, 160clare2elr2.jpg, 160clare3cbr1.jpg, 160clare3cbr2.jpg, 160clare3ck.jpg, 160clare3clav.jpg, 160clare3clr1.jpg, 160clare3clr2.jpg, 160clare3gbr1 rev.jpg, 160clare3gbr1.jpg, 160clare3gbr2 rev.jpg, 160clare3gbr2.jpg, 160clare3gk.jpg, 160clare3glav.jpg, 160clare3glr rev.jpg, 160clare3glr.jpg, 160clare3gview.jpg, 160clare4ebr1.jpg, 160clare4ebr2.jpg, 160clare4ek.jpg, 160clare4elav.jpg, 160clare4elr.jpg, 160clare4ibr.jpg, 160clare4ibr2.jpg, 160clare4ik.jpg, 160clare4ilav.jpg, 160clare4ilr.jpg, 160clare5ibr.jpg, 160clare5ibr2.jpg, 160clare5ik.jpg, 160clare5ilav.jpg, 160clare5ilr.jpg, 160clarelobby.jpg, 164waverlybr.jpg, 164waverlyk.jpg, 164waverlylr.jpg, 202w96a2aobr.jpg, 202w96a2aocl.jpg, 202w96a2aok.jpg, 202w96a2aolav.jpg, 202w96a2aolr.jpg, 202w96a2bbr.jpg, 202w96a2bk.jpg, 202w96a2blav.jpg, 202w96a2blr.jpg, 202w96a2cbr.jpg, 202w96a2ck.jpg, 202w96a2clav.jpg, 202w96a2clr.jpg, 202w96a3bbr.jpg, 202w96a3bk.jpg, 202w96a3blav.jpg, 202w96a3blr.jpg, 202w96a3dbr.jpg,

|  |  |
|---|---|
|  | 202w96a3dk.jpg, 202w96a3dlav.jpg, 202w96a3dlr.jpg, 202w96ap2cbr.jpg, 202w96ap2ck.jpg, 202w96ap2clav.jpg, 202w96ap2clr.jpg, |
| **Published:** | February 2016 |

- **Individual Photographs:** 311w84a3ffk.jpg, 311w84a3ffmr1.jpg, 311w84a3ffmr2.jpg, 311w84a3fk.jpg, 311w84a3flav.jpg, 311w84a3fmr1.jpg, 311w84a3fmr2.jpg, 311w84a3fmr3.jpg, 423amsta5bbr.jpg, 423amsta5bk.jpg, 423amsta5blav.jpg, 423amsta5blav2.jpg, 423amsta5blr rev.jpg, 423amsta5blr.jpg, 423amsta5bter.jpg, 507w169a31br1.jpg, 507w169a31br2.jpg, 507w169a31k.jpg, 507w169a31lav.jpg, 507w169a31lr.jpg, 511w169a1br1.jpg, 511w169a1br2.jpg, 511w169a1lav.jpg, 511w169a1lr.jpg, 511w169a4br1.jpg, 511w169a4br2.jpg, 511w169a4k.jpg, 511w169a4lav.jpg, 511w169a4lr.jpg, 511w169a31br1.jpg, 511w169a31br2.jpg, 511w169a31k.jpg, 511w169a31lav.jpg, 511w169a31lr.jpg, 511w169a31obr1.jpg, 511w169a31ok.jpg, 511w169a31olav.jpg, 511w169a31olr.jpg, 511w169a64br1.jpg, 511w169a64br2.jpg, 511w169a64k.jpg, 511w169a64lav.jpg, 511w169a64lr.jpg, 520w174a1cbr1.jpg, 520w174a1ck2.jpg, 520w174a1clav3.jpg, 520w174a1clr4.jpg, 520w174a1dbr.jpg, 520w174a1dlav.jpg, 520w174a1dlr.jpg, 520w174a3bbr1.jpg, 520w174a3blav2.jpg, 520w174a3blr3.jpg, 520w174a3dbr.jpg, 520w174a3dlav.jpg, 520w174a3dlr.jpg, 520w174a3dlr2.jpg, 587w177a4br.jpg, 587w177a4k.jpg, 587w177a4lav.jpg, 587w177a53br1.jpg, 587w177a53br2.jpg, 587w177a53k.jpg, 587w177a53lav.jpg, 587w177a53lr.jpg, 785weaa1dbr.jpg, 785weaa1dfoy.jpg, 785weaa1dk.jpg, 785weaa1dlav.jpg, 785weaa1dlr.jpg, 785weaa5abr.jpg, 785weaa5abr2.jpg, 785weaa5afBR1.jpg, 785weaa5afBR2.jpg, 785weaa5afK.jpg, 785weaa5afLAV.jpg, 785weaa5afLR.jpg, 785weaa7cbr.jpg, 785weaa7cbr2.jpg, 785weaa7ck.jpg, 785weaa7clav.jpg, 785weaa7clr rev1.jpg, 785weaa7clr.jpg, 785weaa9abr1.jpg, 785weaa9abr2.jpg, 785weaa9ak.jpg, 785weaa9alav.jpg, 785weaa9alr.jpg, 785weaa14bbr1.jpg, 785weaa14bbr2.jpg, 785weaa14bdr1.jpg, 785weaa14bk.jpg, 785weaa14blav.jpg, 785weaa14blr.jpg, 785weaa14bmaid.jpg, 785weaa14dbr.jpg, 785weaa14dk.jpg, 785weaa14dlav.jpg, 785weaa14dlr.jpg, 860rsd4ebr.jpg, 860rsd4ek.jpg, 860rsd4elav.jpg, 860rsd4elr.jpg, 860rsd4ggbr1.jpg, 860rsd4ggbr2.jpg, 860rsd4ggbr3.jpg, 860rsd4ggk.jpg, 860rsd4gglav.jpg, 860rsd4gglr1.jpg, 860rsd4gglr2.jpg,

|  |  |
|---|---|
| **Published:** | April 2016 |

- **Individual Photographs:** 860rsd4ghall.JPG, 860rsd4gk.JPG, 860rsd4glav.JPG, 860rsd4gmr.JPG, 860rsda5bbr1.jpg, 860rsda5bbr2.jpg, 860rsda5bk.jpg, 860rsda5bknew.jpg, 860rsda5blav.jpg, 860rsda5blr.jpg, 860rsda5blrnew.jpg, 860rsda5brbr1.jpg, 860rsda5brbr2.jpg, 860rsda5brk.jpg, 860rsda5brlr1.jpg, 860rsda5brrbr1.jpg, 860rsda5brrbr2.jpg, 860rsda5brrk.jpg, 860rsda5brrlr.jpg, 860rsdbldg.jpg, ca21061 cove.jpg, ca21061 lake trees 1.jpg, ca21061 lake1.jpg, ca21061 lake2.jpg, ca21061 pinecone.jpg, ca21061 tree.jpg, ca21061 wavy.jpg, ca21062 mountainsroof.jpg, ca21062 rocks 1.jpg, ca21062 rocks mountain.jpg, ca21062desert.jpg, ca21063 castle 1.jpg, ca21063 castle 2.jpg, ca21063 castle 3.jpg, ca21063 castle 4.jpg, ca21063 castle a.jpg, ca21063 castle b.jpg, ca21063 castle c.jpg, ca21063 castle d.jpg, ca21063 castle e.jpg, ca21063 castle outside.jpg, ca21063 vinyard1.jpg, ca21063 vinyard2.jpg, ca21063 vinyard4.jpg, ca21064 ocean.jpg, ca21064 rocky.JPG, ca21064bird1.JPG, ca21065 1 monterey.jpg, ca21065 cliff.jpg, ca21065 santa pan1.jpg, ca21065 santa1.jpg, ca21065ggb.jpg, ca21065sfo beach1.jpg, ca21066 flower.jpg, ca21066 pan.jpg, ca21066 panorama2.jpg,

|  |  |
|---|---|
| **Published:** | May 2016 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | January 14, 2016 |
| **Latest Publication Date in Group:** | December 29, 2016 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Brian Totin |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1976 |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Brian Totin |
|  | PO Box 230581, New York, NY, 10023 |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Brian Totin |
| **Email:** | brian@briantotin.com |
| **Telephone:** | (917)881-1830 |
| **Address:** | PO Box 230581 |
|  | New York, NY 10023 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Brian Totin |
| **Date**: | March 06, 2018 |

|  |  |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) were owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Tuyla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-096-797

**Effective Date of Registration:**
March 07, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 03, 2017 to September 28, 2017

## Title  _____

|  |  |
|---|---|
| **Title of Group:** | Published works of Brian Totin, 2017, Vol 1 |
| **Number of Photographs in Group:** | 717 |

- **Individual Photographs:** 101w70a3nk2.jpg, 101w70a3nlav.jpg, 101w70a3nlr1.jpg, 101w70a3nlr2.jpg, 101w70a3nlr3.jpg, 101w70a4nbr1.jpg, 101w70a4nbr2.jpg, 101w70a4nbr3.jpg, 101w70a4nbr4.jpg, 101w70a4nk.jpg, 101w70a4nk2.jpg, 101w70a4nlav.jpg, 101w70a4nlav2.jpg, 101w70a4nlav33.jpg, 101w70a6nbr1.jpg, 101w70a6nbr2.jpg, 101w70a6nk.jpg, 101w70a6nlav.jpg, 101w70a6nlr.jpg, 101w70a6nlr2.jpg, 101w70a6nter.jpg, 101w70a6nwd.jpg, 101w73a1cbr1.jpg, 101w73a1cbr2.jpg, 101w73a1ck.jpg, 101w73a1clav.jpg, 101w73a1clr.jpg, 102w134a2cbr.jpg, 102w134a2ck.jpg, 102w134a2clav.jpg, 102w134a2clr1.jpg, 102w134a2clr2.jpg, 102w134a3dbr.jpg, 102w134a3dbr1.jpg, 102w134a3dk.jpg, 102w134a3dlav.jpg, 102w134a3dlr.jpg, 102w134a3dlr2.jpg, 106w80a3f1k.jpg, 106w80a3f1lav.jpg, 106w80a3f1lr.jpg, 106w80a3f2k.jpg, 106w80a3f2lav.jpg, 106w80a3f2lr.jpg, 106w80a3f2lr1.jpg, 106w80a4rbr1.jpg, 106w80a4rbr1a.jpg, 106w80a4rbr2.jpg, 106w80a4rbr3.jpg, 106w80a4rk.jpg, 106w80a4rlav1.jpg, 106w80a4rlav2.jpg, 106w80a4rlav3.jpg, 106w80a4rlr1.jpg, 106w80a4rlr2.jpg, 106w80a4rter1.jpg, 106w80a4rter2.jpg, 106w80abf1br.jpg, 106w80abf1k.jpg, 106w80abf1lav1.jpg, 106w80abf1lav2.jpg, 106w80abf1lr.jpg, 106w80abf2base.jpg, 106w80abf2k.jpg, 106w80abf2lav1.jpg, 106w80abf2lav2.jpg, 106w80abf2lr1.jpg, 106w80abf2lr2.jpg, 128w81a1rbr.jpg, 128w81a1rbsmt.jpg, 128w81a1rgarden.jpg, 128w81a1rk.jpg, 128w81a1rlav.jpg, 128w81a1rlr.jpg, 128w81a1roffc.jpg, 128w81a2rbr1a.jpg, 128w81a2rbr1b.jpg, 128w81a2rk.jpg, 128w81a2rlav.jpg, 128w81a2rlr1.jpg, 128w81a2rlr2.jpg, 130w73a3k.jpg, 130w73a3lav.jpg, 130w73a3lr1.jpg, 130w73a3lr2.jpg, 130w73a3lr3.jpg, 130w73a4k1.jpg, 130w73a4k2.jpg, 130w73a4lav.jpg, 130w73a4mr1.jpg, 130w73a4mr2.jpg, 130w73a4mr3.jpg, 130w73a8k.jpg, 130w73a8lav.jpg, 130w73a8lr.jpg, 130w73a8lr2.jpg, 130w73a8ter.jpg, 130w73a10k.jpg, 130w73a10lav.jpg, 130w73a10mr1.jpg, 130w73a10mr2.jpg, 137w83a2wbr1.jpg, 137w83a2wbr2.jpg, 137w83a2wbr3.jpg, 137w83a2wk.jpg, 137w83a2wlav2.jpg, 137w83a2wlave.jpg, 137w83a2wlr1.jpg, 137w83a2wlr2.jpg, 139w83a2sk.jpg, 139w83a2slav.jpg,

  **Published:** January 2017

- **Individual Photographs:** 139w83a2slr rev.jpg, 139w83a2slr.jpg, 139w83a5s1k.jpg, 139w83a5s1lav.jpg, 139w83a5s1lr.jpg, 139w83a5sk.jpg, 139w83a5slav.jpg, 139w83a5slr.jpg,

139w83a5slr2.jpg, 148w70a3k.jpg, 148w70a3lav.jpg, 148w70a3mr1.jpg,
148w70a3mr2.jpg, 148w70a9k.jpg, 148w70a9lav.jpg, 148w70a9MR1.jpg,
148w70a9MR2.jpg, 148w70a15k.jpg, 148w70a15mr1.jpg, 148w70a15mr2.jpg,
148w705th fl lav.jpg, 158w81a33br1.jpg, 158w81a33br2.jpg, 158w81a33k.jpg,
158w81a33lav.jpg, 158w81a33lr1.jpg, 158w81a42br1.jpg, 158w81a42br2.jpg,
158w81a42k.jpg, 158w81a42lav.jpg, 158w81a42lr.jpg, 158w81a51br1.jpg,
158w81a51br1a.jpg, 158w81a51br2.jpg, 158w81a51br3.jpg, 158w81a51k.jpg,
158w81a51lav.jpg, 158w81a51lr1.jpg, 158w81a51lr2.jpg, 158w81a61br1a.jpg,
158w81a61br1b.jpg, 158w81a61br2b.jpg, 158w81a61br21.jpg,
158w81a61k.jpg, 158w81a61lav.jpg, 158w81a61lr1.jpg, 158w81a61lr2.jpg,
158w81aBR1.jpg, 158w81abr2.jpg, 158w81aK.jpg, 158w81alav.jpg,
158w81alr.jpg, 158w81alr2.jpg, 158w81aphlr under con.jpg,
158w81aphterr.jpg, 158w81aphunder reno hdr.jpg, 158w81aphwall o glass.jpg,
158w81avbr1a.jpg, 158w81avbr1b.jpg, 158w81avbr2a.jpg, 158w81avbr2b.jpg,
158w81avk.jpg, 158w81avlav.jpg, 158w81avlr1.jpg, 158w81avlr2.jpg,
158w81avview.jpg, 158w81foyer.jpg, 160clare1hbr1.jpg, 160clare1hbr2.jpg,
160clare1hbr3.jpg, 160clare1hk1.jpg, 160clare1hk2.jpg, 160clare1hlav.jpg,
160clare1hlr1.jpg, 160clare1hlr2.jpg, 160clare2fbr1.jpg, 160clare2fbr2.jpg,
160clare2fk.jpg, 160clare2flav.jpg, 160clare2flr1.jpg, 160clare3kbr1.jpg,
160clare3kk.jpg, 160clare3klav.jpg, 160clare3klr.jpg, 160clare5fbr1.jpg,
160clare5fk.jpg, 160clare5flr1.jpg, 160clare5flr3.jpg, 160clare5jbr1.jpg,
160clare5jk2.jpg, 160clare5jlr3.jpg, 160clareexterior.jpg, 163w735ek.jpg,
163w735clav' )g, 163w735emr1.jpg, 163w735emr2.jpg, 202w96a1cbr1a.jpg,
202w96a1cbr1b.jpg, 202w96a1cbr2.jpg, 202w96a1ck.jpg, 202w96a1clav.jpg,
202w96a1clr1.jpg, 202w96a1clr2.jpg, 202w96a1cobr1.jpg,
202w96a1cobr2.jpg, 202w96a1cok.jpg, 202w96a1colav.jpg,
202w96a1colr1.jpg, 202w96a1dbr.jpg, 202w96a1dk.jpg,

**Published:** January 2017

- **Individual Photographs:** 202w96a1dlav.jpg, 202w96a1dlr1.jpg, 202w96a1dlr2.jpg, 202w96a2abr
rev.jpg, 202w96a2abr.jpg, 202w96a2ak.jpg, 202w96a2alav.jpg,
202w96a2alr.jpg, 204w96a3cbr1.jpg, 204w96a3cbr2.jpg, 204w96a3ck.jpg,
204w96a3clav.jpg, 204w96a3clr.jpg, 204w96a4bbr1.jpg, 204w96a4bk.jpg,
204w96a4blav.jpg, 204w96a4blr1.jpg, 204w96a4bobr.jpg, 204w96a4bok.jpg,
204w96a4bolav.jpg, 204w96a4bolr.jpg, 204w96a5cbr.jpg, 204w96a5ck.jpg,
204w96a5clav.jpg, 204w96a5clr.jpg, 206w96a4abr1a.jpg, 206w96a4abr1b.jpg,
206w96a4abr2a.jpg, 206w96a4abr2b.jpg, 206w96a4ak.jpg, 206w96a4alav.jpg,
206w96a4alr1.jpg, 206w96a4alr2.jpg, 206w96a4cbr1.jpg, 206w96a4cbr2.jpg,
206w96a4ck.jpg, 206w96a4clav.jpg, 206w96a4clr1.jpg, 206w96a4clr2.jpg,
230w79a73nb( .jpg, 230w79a73ndr.jpg, 230w79a73nk.jpg,
230w79a73nlav.jpg, 230w79a73nlr.jpg, 230w79a73nlr2.jpg,
230w79a73nmaids.jpg, 230w108a4abr.jpg, 230w108a4abr1.jpg,
230w108a4abr2.jpg, 2. )w108a4adr.jpg, 230w108a4ak1.jpg,
230w108a4ak2.jpg, 23( w108a4alav.jpg, 230w108a4alr.jpg,
230w108a4arbr1.jpg, 230w108a4arbr2.jpg, 230w108a4arbr3.jpg,
230w108a4ardr.jpg, 230w108a4ark.jpg, 230w108a4arlav.jpg,
230w108a4arlr.jpg, 230w108a4arlr2.jpg, 230w108a4bbr1.jpg,
230w108a4bbr2.jpg, 230w108a4bbr3.jpg, 230w108a4bdr.jpg,
230w108a4bk' 'pg, 230w108a4blav.jpg, 230w108a4blr.jpg,
230w108a4cbr1.jpg, 230w108a4cbr1r.jpg, 230w108a4cbr2.jpg,
230w108a4cbr3.jpg, 230w108a4cbr4.jpg, 230w108a4ck.jpg,
230w108a4clav.jpg, 230w108a4clr1.jpg, 230w108a4clr2.jpg,
230w108a4cobr1.jpg, 230w108a4cobr2.jpg, 230w108a4cobr3.jpg,
230w108a4cobr4.jp ;, 230w108a4cok.jpg, 230w108a4colav.jpg,
230w108a4colr1.jpg, 230w108a4colr2.jpg, 230w108a6cbr1a.jpg,
230w108a6cbr1b.jpg, 230w108a6cbr2a.jpg, 230w108a6cbr2b.jpg,
230w108a6cbr3a.jpg, 230w108a6cbr3b.jpg, 230w108a6ck.jpg,
230w108a6c lav.jpg, 230w108a6clr.jpg, 235w103a7ck.jpg, 235w103a7clav.jpg,

235w103a7clr1.jpg, 235w103a7clr2.jpg, 235w103a8ck.jpg, 235w103a8clav.jpg, 235w103a8clr1.jpg, 235w103a8clr2.jpg, 240w104a3ebr1.jpg, 240w104a3ebr2.jpg, 240w104a3ek.jpg, 240w104a3elav.jpg, 240w104a3elr.jpg,

**Published:**   January 2017

- **Individual Photographs:**   240w104a5ebr.jpg, 240w104a5ebr2.jpg, 240w104a5ek.jpg, 240w104a5elav.jpg, 240w104a5elr.jpg, 240w104a6dbr.jpg, 240w104a6dbr2.jpg, 240w104a6dk.jpg, 240w104a6dlav.jpg, 240w104a6dlr.jpg, 243w107a2rbr1.jpg, 243w107a2rbr2.jpg, 243w107a2rbr3.jpg, 243w107a2rlav.jpg, 243w107a2rlr.jpg, 250w104a32br1a.jpg, 250w104a32br1b.jpg, 250w104a32br2.jpg, 250w104a32dr.jpg, 250w104a32k.jpg, 250w104a32lr.jpg, 250w104a32maids.jpg, 250w104a32odr.jpg, 250w104a32ok.jpg, 250w104a32olav.jpg, 250w104a32olr.jpg, 250w104a61br1a.jpg, 250w104a61br1b.jpg, 250w104a61br2.jpg, 250w104a61dr.jpg, 250w104a61hall.jpg, 250w104a61k.jpg, 250w104a61lav.jpg, 250w104a61lr.jpg, 250w104a61maids.jpg, 250w104a73br1a.jpg, 250w104a73br1b2.jpg, 250w104a73br2.jpg, 250w104a73dr.jpg, 250w104a73k.jpg, 250w104a73lav.jpg, 250w104a73lr.jpg, 250w104a91br1a.jpg, 250w104a91br1b.jpg, 250w104a91br2.jpg, 250w104a91br3.jpg, 250w104a91dr.jpg, 250w104a91k.jpg, 250w104a91k2.jpg, 250w104a91lav1.jpg, 250w104a91lav2.jpg, 250w104a91lr.jpg, 250w104a91terrace.jpg, 250w104a91wic.jpg, 250w104a92br1.jpg, 250w104a92br2.jpg, 250w104a92dr.jpg, 250w104a92k1pg, 250w104a92lav.jpg, 250w104a92lr.jpg, 250w104a92maids.jpg, 250w104ag3br1a.jpg, 250w104ag3br1b.jpg, 250w104ag3br2.jpg, 250w104ag3dr.jpg, 250w104ag3k.jpg, 250w104ag3lav.jpg, 250w104ag3lr.jpg, 250w104aphbr2.jpg, 250w104aphbr3.jpg, 250w104aphdr.jpg, 250w104aphlav.jpg, 250w104aphlr.jpg, 250w104aphmr.jpg, 250w104aphoutside.jpg, 304w30a3k.jpg, 304w30a3lav.jpg, 304w30a3lr1.jpg, 304w30a3lr2.jpg, 304w30a3lr3.jpg, 304w30a3yard.jpg, 304w30a6k.jpg, 304w30a6mr1.jpg, 304w30a6mr2.jpg, 304w30a13mr1.jpg, 304w30a13mr2.jpg, 304w102a2cbr1.jpg, 304w102a2cbr2.jpg, 304w102a2ck.jpg, 304w102a2clav.jpg, 304w102a2clr1.jpg, 304w102a5abr.jpg, 304w102a5ak.jpg, 304w102a5alav.jpg, 304w102a5alr.jpg, 304w102a5alr2.jpg, 310w89a2fbr1.jpg, 310w89a2fbr2.jpg, 310w89a2fk.jpg, 310w89a2flav.jpg, 310w89a2flr1.jpg, 310w89a2flr2.jpg, 310w89a2fobr1.jpg, 310w89a2fobr2.jpg, 310w89a2fok.jpg, 310w89a2folav.jpg, 310w89a2folr.jpg,

**Published:**   January 2017

- **Individual Photographs:**   785weaa2bmaids.jpg, 785weaa3ebr1.jpg, 785weaa3ebr2.jpg, 785weaa3ek1.jpg, 785weaa3ek2.jpg, 785weaa3elav.jpg, 785weaa3elr1.jpg, 785weaa3elr2.jpg, 785weaa8ebr1.jpg, 785weaa8ebr2.jpg, 785weaa8ek.jpg, 785weaa8elav.jpg, 785weaa8elr.jpg, 785weaa8elr2.jpg, 785weaa8eoccbr.jpg, 785weaa8eocck.jpg, 785weaa8eocclav.jpg, 785weaa8eocclr.jpg, 785weaa11dbr1.jpg, 785weaa11dbr2.jpg, 785weaa11dhall.jpg, 785weaa11dk.jpg, 785weaa11dlav.jpg, 785weaa11dlr1.jpg, 785weaa11dlr2.jpg, 785weaa12ebr.jpg, 785weaa12ek.jpg, 785weaa12elav.jpg, 785weaa12elr.jpg, 785weaa12eview.jpg, 785weaa15abr1.jpg, 785weaa15ab-2.jpg, 785weaa15ak.jpg, 785weaa15alav.jpg, 785weaa15alr1.jpg, 785weaa15aview.jpg, 785weaa15eBR1.jpg, 785weaa15eBR2.jpg, 785weaa15ek2.jpg, 785weaa15elav.jpg, 785weaa15elr1.jpg, 785weaa15elr2.jpg, 785weaa15eview.jpg, 785weaa17coccbr1.jpg, 785weaa17coccbr2.jpg, 785weaa17cocck.jpg, 785weaa17cocclav.jpg, 785weaa17cocclr1.jpg, 785weaa17cocclr2.jpg, 1598thirda2bk.jpg, 1598thirda2blav.jpg, 1598thirda2blr.jpg,

1598thirda2cK.jpg, 1598thirda2cLAV.jpg, 1598thirda2cMR1.jpg, 1598thirda2cl´R2.jpg,

**Published:** January 2017

- **Individual Photographs:** 15w95a2rbr.jpg, 15w95a2rk.jpg, 15w95a2rlav.jpg, 15w95a2rlr1.jpg, 15w95a2rlr2.jpg, 22w77a32br.jpg, 22w77a32br2.jpg, 22w77a32lav.jpg, 22w77a32view.jpg, 22w77a42br1.jpg, 22w77a42br2.jpg, 22w77a42k.jpg, 22w77a42lav.jpg, 22w77a42lr.jpg, 22w77a42lr2.jpg, 22w77a63k.jpg, 22w77a63lav.jpg, 22w77a63mr1.jpg, 22w77a63mr2.jpg, 22w77a66br1.jpg, 22w77a66br2.jpg, 22w77a66k.jpg, 22w77a66lav.jpg, 22w77a66lr.jpg, 22w77lobby.jpg, 22w77roof.jpg, 30w61a21ebr.jpg, 30w61a21ek.jpg, 30w61a21elav.jpg, 30w61a21elr.jpg, 40w89a4bk.jpg, 40w89a4bmr.jpg, 40w89a4bmr2.jpg, 40w89a4bter.jpg, 40w89a4bwd.jpg, 44w72a3hk.jpg, 44w72a3hlav.jpg, 44w72a3hlr1.jpg, 44w72a3hlr2.jpg, 47w90a3k.jpg, 47w90a3lav.jpg, 47w90a3mr1.jpg, 47w90a3mr2.jpg, 47w90a9k.jpg, 47w90a9lav.jpg, 47w90a9mr1.jpg, 47w90a9mr2.jpg, 47w90a9mr3.jpg, 55w75a4k.jpg, 55w75a4lav.jpg, 55w75a4lr1.jpg, 55w75a4lr2.jpg, 55w75a4nook.jpg, 55w75a4outdoor.jpg, 55w75a7br.jpg, 55w75a7k.jpg, 55w75a7lav.jpg, 55w75a7lr.jpg, 55w75a7ter.jpg, 64w82a1fk.jpg, 64w82a1flav.jpg, 64w82a1fmr1.jpg, 64w82a1fmr2.jpg, 64w82a1fmr3.jpg, 64w82a1fmr4.jpg, 64w82a1rbr.jpg, 64w82a1rk.jpg, 64w82a1rlav.jpg, 64w82a1rlr1.jpg, 64w82a1rlr2.jpg, 64w82a1rlr3.jpg, 64w82a1rlr4.jpg, 64w82a1ryard1.jpg, 64w82a1ryard2.jpg, 83washa1fbr.jpg, 83washa1fk.jpg, 83washa1flav.jpg, 83washa1flr1.jpg, 83washa1flr2.jpg, 100w76a2n1br1a.jpg, 100w76a2n1br1b.jpg, 100w76a2n1br2.jpg, 100w76a2n1dr.jpg, 100w76a2n1k.jpg, 100w76a2n1lav1.jpg, 100w76a2n1lav2.jpg, 100w76a2n1lr2.jpg, 100w76a2n2br1.jpg, 100w76a2n2br2.jpg, 100w76a2n2t 3.jpg, 100w76a2n2dr1.jpg, 100w76a2n2k.jpg, 100w76a2n2lav1.jpg, 100w76a2n2lav2.jpg, 100w76a2n2lr1.jpg, 100w76a2n2lr2.jpg, 100w76a3nbr1.jpg, 100w76a3nbr2.jpg, 100w76a3nbr3.jpg, 100w76a3ndr.jpg, 100w76a3nk.jpg, 100w76a3nlav.jpg, 100w76a3nlav2.jpg, 100w76a3nlr.jpg, 100w76a4n2br2.jpg, 100w76a4n2dr.jpg, 100w76a4n2k.jpg, 100w76a4n2lav.jpg, 100w76a4n2lr.jpg, 100w76a4n2mbr.jpg, 100w76a4n2office.jpg, 101w70a3nbr1.jpg, 101w70a3nbr2.jpg, 101w70a3nbr3.jpg, 101w70a3nbr4.jpg, 101w70a3nk1.jpg,

**Published:** February 2017

- **Individual Photographs:** 310w89a2folr2.jpg, 310w89a5rbr.jpg, 310w89a5rk.jpg, 310w89a5rlav.jpg, 310w89a5rlr.jpg, 310w89a5rlr2.jpg, 315w102a1bbr.jpg, 315w102a1bk.jpg, 315w102a1blav.jpg, 315w102a1blr.jpg, 315w102a1bwic.jpg, 315w102a2dk.jpg, 315w102a2dlav.jpg, 315w102a2dlr.jpg, 315w102a4dbr1.jpg, 315w102a4dbr2.jpg, 315w102a4dk.jpg, 315w102a4dlav.jpg, 315w102a4dlr.jpg, 315w102a5bbr1.jpg, 315w102a5bbr2.jpg, 315w102a5bk.jpg, 315w102a5blav.jpg, 315w102a5blr.jpg, 315w102a6abr1.jpg, 315w102a6abr1a.jpg, 315w102a6abr2.jpg, 315w102a6abr2a.jpg, 315w102a6ak.jpg, 315w102a6alav.jpg, 315w102a6alr.jpg, 315w102a8fbr1a.jpg, 315w102a8fbr1b.jpg, 315w102a8fbr2.jpg, 315w102a8fk.jpg, 315w102a8flav.jpg, 315w102a8flr.jpg, 315w102lobby.jpg, 423amsta5cbr.jpg, 423amsta5ck.jpg, 423amsta5clav.jpg, 423amsta5clr.jpg, 423amsta5cobr.jpg, 423amsta5cok.jpg, 423amsta5colav.jpg, 423amsta5colav2.jpg, 423amsta5colr1.jpg, 423amsta5colr2.jpg, 423amsta5coter.jpg, 423amsta5cter.jpg, 471cola4br.jpg, 471cola4k.jpg, 471cola4lav.jpg, 471cola4lr1.jp 5, 471cola4lr2.jpg, 504w110a4dbr1.jpg, 504w110a4dbr2.jpg, 504w110a4dk.jpg, 504w110a4dlav.jpg, 504w110a4dlav2.jpg, 504w110a4dlr1.jpg, 504w110a4dlr2.jpg, 504w110a4dobr1.jpg, 504w110a4dobr2.jpg, 504w110a4dok.jpg, 504w110a4dolav.jpg, 504w110a4dolr.jpg, 504w110a4dolr2.jpg, 507w169a53br1.jpg,

507w169a53br2.jpg, 507w169a53cat.jpg, 507w169a53k.jpg,
507w169a53lav.jpg, 507w169a53lr.jpg, 507w169a53lr2.jpg,
511w169a3br1.jpg, 511w169a3br2.jpg, 511w169a3k.jpg, 511w169a3lav.jpg,
511w169a3lr1.jpg, 511w169a3lr2.jpg, 520w174a3cbr.jpg, 520w174a3ck.jpg,
520w174a3clav.jpg, 520w174a3clr.jpg, 520w174a5dbr.jpg, 520w174a5dk.jpg,
520w174a5dl  new.jpg, 520w174a5dlr.jpg, 520w174a5ebr.jpg,
520w174a5ek.jpg, 520w174a5elav.jpg, 520w174a5elr.jpg, 520w174a5fbr.jpg,
520w174a5fk.jpg, 520w174a5flav.jpg, 520w174a5flr.jpg, 638weaa3abr.jpg,
638weaa3abr2.jpg, 638weaa3ak.jpg, 638weaa3alav.jpg, 638weaa3alr rev.jpg,
638weaa3alr.jpg, 638weaa3alr1.jpg, 785weaa2bbr1.jpg, 785weaa2bbr2.jpg,
785weaa2bk.jpg, 785weaa2blav.jpg, 785weaa2blr.jpg,

**Published:** February 2017

## Completion/Publication

**Year of Completion:** 2017
**Earliest Publication Date in Group:** January 03, 2017
**Latest Publication Date in Group:** September 28, 2017
**Nation of First Publication:** United States

## Author

- **Author:** Brian Totin
  **Author Created:** photographs
  **Citizen of:** United States
  **Year Born:** 1976

## Copyright Claimant

**Copyright Claimant:** Brian Totin
PO Box 230581, New York, NY, 10023, United States

## Rights and Permissions

**Name:** Brian Totin
**Email:** brian@briantotin.com
**Telephone:** (917)881-1830
**Address:** PO Box 230581
New York, NY 10023 United States

## Certification

**Name:** Brian Totin
**Date:** March 07, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group regist.ation: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photogra^hs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Perly Clagett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-098-415

**Effective Date of Registration:**
April 14, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 02, 2018 to March 30, 2018

## Title _____

**Title of Group:**   Published works of Brian Totin, 2018, Vol 1
**Number of Photographs in Group:**   190

- **Individual Photographs:**   0102 I phone booth.jpg, 0104 I snow 1.jpg, 0104 I snow 2.jpg, 0104 I snow 3.jpg, 0107 I icy hudson.jpg, 0114 cornice.jpg, 0117 I west side story.jpg, 0120 I sage.jpg, 0122 I dorilton.jpg, 0122 I spooky.jpg, 0128 I plane.jpg, 0129 I space.jpg, 0130 I Beach.jpg, 101W73a1fbr.jpg, 101W73a1fk.jpg, 101W73a1flav.jpg, 101W73a1flr2.jpg, 101W73a1fmr1.jpg, 106W80abfbs.jpg, 106W80abfk h.jpg, 106W80abfk.jpg, 106W80abflav.jpg, 106W80abflav2.jpg, 106W80abflr2.jpg, 106W80abfmr1.jpg, 106W80abfmr3.jpg, 128w81a9br1.jpg, 128w81a9k.jpg, 128w81a9lav.jpg, 128w81a9lr1.jpg, 148w70a13k.jpg, 148w70a13mr1.jpg, 148w70a13mr2.jpg, 148w70a13mr3.jpg, 160clarea5cbr1.jpg, 160clarea5cbr2.jpg, 160clarea5ck.jpg, 160clarea5clav.jpg, 160clarea5clr1.jpg, 160clarea5clr2.jpg, 160clarea5clr3.jpg, 204W96a4cbr.jpg, 204W96a4ck1.jpg, 204W96a4clav v.jpg, 204W96a4clav.jpg, 204W96a4clr.jpg, 344WEAa5br.jpg, 344WEAa5dr1.jpg, 344WEAa5k.jpg, 344WEAa5lav v.jpg, 344WEAa5lav.jpg, 344WEAa5lr1.jpg, 344WEAa5lr2.jpg, 413E82a3ak.jpg, 413E82a3alav.jpg, 413E82a3amr1.jpg, 413E82a3amr2.jpg, 413E82a3amr3.jpg, 47w84a3sbr.jpg, 47w84a3sk.jpg, 47w84a3slav.jpg, 47w84a3slr1.jpg, 47w84a3slr2.jpg, 752WEAa12hbr.jpg, 752WEAa12hk.jpg, 752WEAa12hlav.jpg, 752WEAa12hlr1.jpg, 752WEAa12hlr2.jpg, 860RDSa5eBR.jpg, 860RDSa5ek.jpg, 860RDSa5elav.jpg, 860RDSa5elr.jpg,

  **Published:**   January 2018

- **Individual Photographs:**   0201 volcano.jpg, 0203 I CA road.jpg, 0204 I hudson yards.jpg, 0205 gramont.jpg, 0208 I desk.jpg, 0211 I Trader Joes.jpg, 0212 I Church Deconstructed II.jpg, 0214 I vday.jpg, 0219 I Ansonia.jpg, 0226 I brownstones.jpg, 0228 I plant.jpg, 148w70a13ak.jpg, 148w70a13amr1.jpg, 148w70a13amr2.jpg, 148w70a17loft.jpg, 148w70a17mr1.jpg, 148w70a17mr2c.jpg, 148w70a17mr3.jpg, 160clarea4lbr1.jpg, 160clarea4lbr2a.jpg, 160clarea4lbr2b.jpg, 160clarea4lK2.jpg, 160clarea4llav1.jpg, 160clarea4llav2.jpg, 160clarea4llr1.jpg, 160clarea4llr2.jpg, 202W96a4cbr1.jpg, 202W96a4ck.jpg, 202W96a4clav.jpg, 202W96a4clr1.jpg, 364W30a4closet.jpg, 364W30a4k.jpg, 364W30a4lav.jpg, 364W30a4mr1.jpg, 364W30a4mr2.jpg, 423Amsterdama5dbr1.jpg, 423Amsterdama5dk.jpg, 423Amsterdama5dlav.jpg, 423Amsterdama5dLR.jpg, 785WEAa16bbr1a.jpg, 785WEAa16bbr1b.jpg, 785WEAa16bbr2.jpg,

785WEAa16bdr.jpg, 785WEAa16bk.jpg, 785WEAa16blav.jpg, 785WEAa16blr1b.jpg, 785WEAa16blr2.jpg, 785WEAa16bmaids.jpg,

**Published:** February 2018

- **Individual Photographs:** 0307 I bikes.jpg, 0308 I bones.jpg, 0310 I cranes.jpg, 0312 I bench.JPG, 0319 steeple.jpg, 0321 I snow.jpg, 0326 I blueglass.jpg, 104w80a11k.jpg, 104w80a11lav.jpg, 104w80a11mr1.jpg, 104w80a11mr2.jpg, 158w81a72br1.jpg, 158w81a72br2.jpg, 158w81a72k.jpg, 158w81a72lav.jpg, 158w81a72lr1.jpg, 158w81a72lr2.jpg, 160clarea1cbr1.jpg, 160clarea1ck.jpg, 160clarea1clav.jpg, 160clarea1clr.jpg, 160clarea6jbr.jpg, 160clarea6jk.jpg, 160clarea6jlav.jpg, 160clarea6jlr.jpg, 243w107a4ebr1a.jpg, 243w107a4ebr2.jpg, 243w107a4ebr3.jpg, 243w107a4ek.jpg, 243w107a4elav.jpg, 243w107a4elr1.jpg, 243w107a4elr2.jpg, 243w107a4elr3.jpg, 364w30a1br1.jpg, 364w30a1br2a.jpg, 364w30a1br2b.jpg, 364w30a1g2.jpg, 364w30a1garden.jpg, 364w30a1k.jpg, 364w30a1lav1.jpg, 364w30a1lav1a.jpg, 364w30a1lav2.jpg, 364w30a1lr.jpg, 364W30a4lav2.jpg, 45w76a3br.jpg, 45w76a3k.jpg, 45w76a3lav.jpg, 45w76a3lr.jpg, 45w76a3lr2.jpg, 47w90a1p1.jpg, 47w90a1p2.jpg, 47w90a1p3.jpg, 55w74a2bbr1.jpg, 55w74a2bbr2.jpg, 55w74a2bk.jpg, 55w74a2blav.jpg, 55w74a2blr2.jpg, 55w74a2blr3.jpg, 55w74a2blr4.jpg, 72wadsa6Gbr.jpg, 72wadsa6Gk.jpg, 72wadsa6Glav.jpg, 72wadsa6Glr1.jpg, 72wadsa6Glr2.jpg, 860RSDa2Kk.jpg, 860RSDa2Kk2.jpg, 860RSDa2Klav i.jpg, 860RSDa2Klav.jpg, 860RSDa2Kmr1.jpg, 860RSDa2Kmr2.jpg,

**Published:** March 2018

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | January 02, 2018 |
| **Latest Publication Date in Group:** | March 30, 2018 |
| **Nation of First Publication:** | United States |

## Author



- **Author:** Brian Totin
- **Author Created:** photographs
- **Citizen of:** United States
- **Year Born:** 1976

## Copyright Claimant

**Copyright Claimant:** Brian Totin
PO Box 230581, New York, NY, 10023, United States

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Brian Totin |
| **Email:** | brian@briantotin.com |
| **Telephone:** | (917)881-1830 |
| **Address:** | PO Box 230581 |

New York, NY 10023 United States

## Certification

|  |  |
|---|---|
| **Name:** | Brian Totin |
| **Date:** | April 14, 2018 |

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn A. Tenla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-115-414

**Effective Date of Registration:**
June 28, 2018

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   April 01, 2018 to June 28, 2018

## Title _____

**Title of Group:**  Published works of Brian Totin, 2018, Vol 2
**Number of Photographs in Group:**  217

- **Individual Photographs:**  47w90a1k1.jpg, 47w90a1k2.jpg, 47w90a1lav.jpg, 47w90a1mr1.jpg, 47w90a1mr2.jpg, 88washa1rstairs.jpg, 160clarea4fbr 2.jpg, 160clarea4flav.jpg, 160clarea4flr.jpg, 206w96a5dbr1.jpg, 206w96a5dbr2.jpg, 206w96a5dk insta.jpg, 206w96a5dk.jpg, 206w96a5dlav insta.jpg, 206w96a5dlav.jpg, 206w96a5dlr.jpg, 364w30a5br1.jpg, 364w30a5br2.jpg, 364w30a5k.jpg, 364w30a5lav.jpg, 364w30a5lr.jpg, 0401 i easter.jpg, 0402 i harlem.jpg, 423amsta4bk.jpg, 423amsta4blav.jpg, 423amsta4blr1.jpg, 423amsta4blr2.jpg, 423amsta4dk.jpg, 423amsta4dlav.jpg, 423amsta4dlr.jpg, 785weaa16cbr1a.jpg, 785weaa16cbr1b.jpg, 785weaa16cbr2a.jpg, 785weaa16cbr2b.jpg, 785weaa16ck.jpg, 785weaa16clav.jpg, 785weaa16clr1.jpg, 785weaa16clr2.jpg, 785weaa16clr3.jpg, 860rsda2kknew.jpg,
  **Published:**  April 2018

- **Individual Photographs:**  6w90a1br.jpg, 6w90a1br2.jpg, 6w90a1k.jpg, 6w90a1lav.jpg, 6w90a1lr1.jpg, 6w90a1lr2.jpg, 47w87a2bk.jpg, 47w87a2blav.jpg, 47w87a2blr1.jpg, 47w87a2blr2.jpg, 47w87a2bveranda.jpg, 47w87a4ak.jpg, 47w87a4alav.jpg, 47w87a4amr1.jpg, 47w87a4amr2.jpg, 47w87a4amr3.jpg, 55w75a5br1.jpg, 55w75a5k.jpg, 55w75a5lav.jpg, 55w75a5lr1.jpg, 55w75a5lr2.jpg, 100w76a3sbr1.jpg, 100w76a3sbr2.jpg, 100w76a3sbr3.jpg, 100w76a3sdr1.jpg, 100w76a3sdr2.jpg, 100w76a3sk.jpg, 100w76a3slav1.jpg, 100w76a3slav2.jpg, 100w76a3slr1.jpg, 100w76a3slr2.jpg, 100w76a4sbfr3.jpg, 100w76a4sbr1a.jpg, 100w76a4sbr1b.jpg, 100w76a4sbr2.jpg, 100w76a4scloset.jpg, 100w76a4sdr1.jpg, 100w76a4sdr2.jpg, 100w76a4sk.jpg, 100w76a4slav1.jpg, 100w76a4slav2.jpg, 100w76a4slr1.jpg, 100w76a4slr2.jpg, 185e3a4dbr.jpg, 185e3a4dk.jpg, 185e3a4dlav.jpg, 185e3a4dlr.jpg, 230w108a1dbr1.jpg, 230w108a1dbr1b.jpg, 230w108a1dbr2.jpg, 230w108a1dbr3.jpg, 230w108a1dk.jpg, 230w108a1dlav.jpg, 230w108a1dlr1.jpg, 230w108a1dlr2.jpg, 250w104a41br.jpg, 250w104a41br2.jpg, 250w104a41dr.jpg, 250w104a41k.jpg, 250w104a41lav.jpg, 250w104a41lr.jpg, 250w104a41maids.jpg, 304w30a12mr1.jpg, 304w30a12MR2.jpg, 304w102a3abr1.jpg, 304w102a3abr2.jpg, 304w102a3ak.jpg, 304w102a3alav.jpg, 304w102a3alr1.jpg, 304w102a3alr2.jpg, 0504flowers.jpg, 0529via.jpg,
  **Published:**  May 2018

- **Individual Photographs:** 22w77a35br2.jpg, 22w77a35br12.jpg, 22w77a35k.jpg, 22w77a35lav.jpg, 22w77a35lr1.jpg, 22w77a35LR2.jpg, 22w77a35lr3.jpg, 44w72a4Ck1.jpg, 44w72a4Clav.jpg, 44w72a4Cmr1.jpg, 44w72a4Cmr2.jpg, 45w76a4abr1.jpg, 45w76a4abr2.jpg, 45w76a4ak.jpg, 45w76a4alav.jpg, 45w76a4alr.jpg, 45w76a4ater.jpg, 106w80a1rbr1.jpg, 106w80a1rBR2.jpg, 106w80a1rbr3.jpg, 106w80a1rk.jpg, 106w80a1rlav1.jpg, 106w80a1rlav2.jpg, 106w80a1rlr1.jpg, 106w80a1rlr2.jpg, 148w70a4br.jpg, 148w70a4k.jpg, 148w70a4lav.jpg, 148w70a4lr1.jpg, 148w70a4lr2.jpg, 202w96a3abr1.jpg, 202w96a3abr2.jpg, 202w96a3ak.jpg, 202w96a3alav.jpg, 202w96a3alr.jpg, 250w104a83br1.jpg, 250w104a83br2.jpg, 250w104a83dr.jpg, 250w104a83k.jpg, 250w104a83lav.jpg, 250w104a83lr.jpg, 250w104a94br1.jpg, 250w104a94br2.jpg, 250w104a94dr.jpg, 250w104a94hall.jpg, 250w104a94k.jpg, 250w104a94lav.jpg, 250w104a94lr.jpg, 309w84a7k.jpg, 309w84a7lav.jpg, 309w84a7mr1.jpg, 309w84a7mr2.jpg, 310w89a3Fbr1.jpg, 310w89a3Fbr2.jpg, 310w89a3Fk.jpg, 310w89a3Flav.jpg, 310w89a3Flr1.jpg, 310w89a3Flr2.jpg, 556w156a5br.jpg, 556w156a5k.jpg, 556w156a5lav.jpg, 556w156a5lr.jpg, 560w151aE4br.jpg, 560w151aE4k.jpg, 560w151aE4lav.jpg, 560w151aE4lr.jpg, 0625 i pothole.jpg, 685e226a1br1.jpg, 685e226a1br2.jpg, 685e226a1lav.jpg, 685e226a1lr1.jpg, 685e226a1lr2.jpg, 685e226a2br1.jpg, 685e226a2br2.jpg, 685e226a2br3.jpg, 685e226a2lav.jpg, 685e226a2lr1.jpg, 685e226a2lr2.jpg, 685e226a3br1.jpg, 685e226a3br2.jpg, 685e226a3br3.jpg, 685e226a3br4.jpg, 685e226a3lav.jpg, 685e226a3lr1.jpg, 685e226a3lr2.jpg, 685e226a4br1.jpg, 685e226a4br2.jpg, 685e226a4br3.jpg, 685e226a4LAV.jpg, 685e226a4lr1.jpg, 685e226a4lr2.jpg, 685e226outsideA.jpg, 685e226outsideB.jpg, 785weaa17dbr1.jpg, 785weaa17dbr2.jpg, 785weaa17dk.jpg, 785weaa17dk2.jpg, 785weaa17dlav.jpg, 785weaa17dlr1.jpg, 785weaa17dlr2.jpg, 1838acpA11br1.jpg, 1838acpA11br2.jpg, 1838acpA11k.jpg, 1838acpA11lav.jpg, 1838acpA11lr.jpg,
- **Published:** June 2018

## Completion/Publication

**Year of Completion:** 2018
**Earliest Publication Date in Group:** April 01, 2018
**Latest Publication Date in Group:** June 28, 2018
**Nation of First Publication:** United States

## Author

- **Author:** Brian Totin
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1976

## Copyright Claimant

**Copyright Claimant:** Brian Totin
PO Box 230581, New York, NY, 10023, United States

## Rights and Permissions

**Name:** Brian Totin
**Email:** brian@briantotin.com
**Telephone:** (917)881-1830
**Address:** PO Box 230581
New York, NY 10023 United States

## Certification

**Name:** Brian Totin
**Date:** June 28, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Taylor*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-125-394

**Effective Date of Registration:**
October 09, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   July 13, 2018 to September 29, 2018

## Title _____

**Title of Group:**   Published works of Brian Totin, 2018, Vol 3
**Number of Photographs in Group:**   93

- **Individual Photographs:**   239w72a3rbr1.jpg, 239w72a3rbr2.jpg, 239w72a3rbr3.jpg, 239w72a3rk.jpg, 239w72a3rlav.jpg, 239w72a3rterrace.jpg, 785weaa5dbr.jpg, 785weaa5dk.jpg, 785weaa5dlav.jpg, 785weaa5dlr1.jpg, 785weaa5dlr2.jpg, 785weaa5dlr3.jpg,
  **Published:**   July 2018

- **Individual Photographs:**   45w76a4abr1a.jpg, 45w76a4abr1b.jpg, 45w76a4abr2a.jpg, 45w76a4abr2b.jpg, 45w76a4ak.jpg, 45w76a4alav1.jpg, 45w76a4alav2.jpg, 45w76a4alr1.jpg, 45w76a4alr2.jpg, 45w76a4aterrace.jpg, 47w90a7k wide.jpg, 47w90a7k.jpg, 47w90a7lav.jpg, 47w90a7mr1.jpg, 47w90a7mr2.jpg, 304w30a14k.jpg, 304w30a14mr1.jpg, 304w30a14mr2.jpg, 304w30a17k.jpg, 304w30a17mr1.jpg, 304w30a17mr2.jpg, 311w84a2rk.jpg, 311w84a2rlav.jpg, 311w84a2rmr1.jpg, 311w84a2rmr2.jpg, 311w84a2rter.jpg, 785weaa4bbr1.jpg, 785weaa4bbr2.jpg, 785weaa4bdr.jpg, 785weaa4bhall.jpg, 785weaa4bk.jpg, 785weaa4blav.jpg, 785weaa4blr.jpg, 785weaa4bmaids.jpg, 1262parkst1fl lav.jpg, 1262parkst2fl lav.jpg, 1262parkstbr2.jpg, 1262parkstbr3.jpg, 1262parkstbr4.jpg, 1262parkstgreat room 1.jpg, 1262parkstgreat room 2.jpg, 1262parksthouse.jpg, 1262parkstkitchen.jpg, 1262parkstlaundry.jpg, 1262parkstlr.jpg, 1262parkstmbr closet.jpg, 1262parkstmbr lav1.jpg, 1262parkstmbr lav2.jpg, 1262parkstmbr1.jpg, 1262parkstmbr2.jpg, 1262parkstmud.jpg, 1262parkstpool.jpg, 1262parkstview.jpg, 1262parkstyard.jpg, i 0818 cat.jpg, i 0824 ocean.jpg,
  **Published:**   August 2018

- **Individual Photographs:**   8w90a1fk.jpg, 8w90a1lav.jpg, 8w90a1mr.jpg, 64w82a3rbr.jpg, 64w82a3rk.jpg, 64w82a3rlav.jpg, 64w82a3rlr.jpg, 511w169a21br1.jpg, 511w169a21br2.jpg, 511w169a21k.jpg, 511w169a21lav.jpg, 511w169a21lr.jpg, 511w169a43br1.jpg, 511w169a43br2.jpg, 511w169a43k.jpg, 511w169a43lav.jpg, 511w169a43lr.jpg, 661weaa4nbr.jpg, 661weaa4nk.jpg, 661weaa4nlav.jpg, 661weaa4nlr.jpg, 785weaa7dbr.jpg, 785weaa7dk.jpg, 785weaa7dlav.jpg, 785weaa7dlr.jpg,
  **Published:**   September 2018

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | July 13, 2018 |
| **Latest Publication Date in Group:** | September 29, 2018 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Brian Totin |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1976 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brian Totin |
| | PO Box 230581, New York, NY, 10023, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Brian Totin |
| **Email:** | brian@briantotin.com |
| **Telephone:** | (917)881-1830 |
| **Address:** | PO Box 230581 |
| | New York, NY 10023 United States |

## Certification

| | |
|---|---|
| **Name:** | Brian Totin |
| **Date:** | October 09, 2018 |



| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

EXHIBIT G



## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tusle*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-136-183

**Effective Date of Registration:**
December 20, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 18, 2018 to December 20, 2018

## Title _____

**Title of Group:** Published works of Brian Totin, 2018, Vol 4
**Number of Photographs in Group:** 94

- **Individual Photographs:** 326cola2emr.jpg, 204w96a1dbr1.jpg, 204w96a1dbr2.jpg, 204w96a1dbr3.jpg, 204w96a1dbr4.jpg, 250w104a94br1a.jpg, 250w104a94br1b.jpg, 250w104a94br2.jpg, 250w104a94dr.jpg, 250w104a94k.jpg, 250w104a94lav.jpg, 250w104a94lr.jpg, 326cola2ek.jpg, 326cola2elav.jpg, ig1029 haunted.jpg

  **Published:** October 2018

- **Individual Photographs:** 64w82a3rbrv.jpg, 64w82a3rk v.jpg, 64w82a3rlav v.jpg, 64w82a3rlr2.jpg, 64w82a3rlr3.jpg, 130w73a9k.jpg, 130w73a9lav.jpg, 130w73a9mr.jpg, 130w73a9mr2.jpg, 160clarea1fBR1.jpg, 160clarea1fBR2.jpg, 160clarea1fLAV.jpg, 160clarea1fLR.jpg, 160clarea3jBR.jpg, 168w66a3br1a.jpg, 168w66a3br1b.jpg, 168w66a3br2a.jpg, 168w66a3br2b.jpg, 168w66a3k.jpg, 168w66a3k2.jpg, 168w66a3lav1.jpg, 168w66a3lav2.jpg, 168w66a3lr1.jpg, 168w66a3lr2.jpg, 206w96a2bbr1a.jpg, 206w96a2bbr1b.jpg, 206w96a2bbr2a.jpg, 206w96a2bbr2b.jpg, 206w96a2bk.jpg, 206w96a2blav.jpg, 206w96a2blr1.jpg, 206w96a2blr2.jpg, 410e59a2abr.jpg, 410e59a2abr2.jpg, 410e59a2ak.jpg, 410e59a2alav.jpg, 410e59a2alr.jpg, 423amsterdama5abr.jpg, 423amsterdama5ak.jpg, 423amsterdama5alav.jpg, 423amsterdama5alr.jpg, 423amsterdama5aterrace.jpg, 785weaa7dbr1.jpg, 785weaa7dbr2.jpg, 785weaa7dk.jpg, 785weaa7dlr.jpg

  **Published:** November 2018

- **Individual Photographs:** 64w82a3rbrv.jpg, 64w82a3rk v.jpg, 64w82a3rlav v.jpg, 64w82a3rlr2.jpg, 64w82a3rlr3.jpg, 130w73a9k.jpg, 130w73a9lav.jpg, 130w73a9mr.jpg, 130w73a9mr2.jpg, 160clarea1fBR1.jpg, 160clarea1fBR2.jpg, 160clarea1fLAV.jpg, 160clarea1fLR.jpg, 160clarea3jBR.jpg, 168w66a3br1a.jpg, 168w66a3br1b.jpg, 168w66a3br2a.jpg, 168w66a3br2b.jpg, 168w66a3k.jpg, 168w66a3k2.jpg, 168w66a3lav1.jpg, 168w66a3lav2.jpg, 168w66a3lr1.jpg, 168w66a3lr2.jpg, 206w96a2bbr1a.jpg, 206w96a2bbr1b.jpg, 206w96a2bbr2a.jpg, 206w96a2bbr2b.jpg, 206w96a2bk.jpg, 206w96a2blav.jpg, 206w96a2blr1.jpg, 206w96a2blr2.jpg, 410e59a2abr.jpg, 410e59a2abr2.jpg, 410e59a2ak.jpg, 410e59a2alav.jpg, 410e59a2alr.jpg, 423amsterdama5abr.jpg, 423amsterdama5ak.jpg, 423amsterdama5alav.jpg, 423amsterdama5alr.jpg, 423amsterdama5aterrace.jpg, 785weaa7dbr1.jpg, 785weaa7dbr2.jpg, 785weaa7dk.jpg, 785weaa7dlr.jpg



**Published:** December 2018

## Completion/Publication

**Year of Completion:** 2018
**Earliest Publication Date in Group:** October 18, 2018
**Latest Publication Date in Group:** December 20, 2018
**Nation of First Publication:** United States

## Author

- **Author:** Brian Totin
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1976

## Copyright Claimant

**Copyright Claimant:** Brian Totin
PO Box 230581, New York, NY, 10023, United States

## Rights and Permissions

**Name:** Brian Totin
**Email:** brian@briantotin.com
**Telephone:** (917)881-1830
**Address:** PO Box 230581
New York, NY 10023 United States

## Certification

**Name:** Brian Totin
**Date:** December 20, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as

.XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-157-901

**Effective Date of Registration:**
February 04, 2019

*Kay A. Tesler*



United States Register of Copyrights and Director

## Supplementary Registration

Supplement To:   VA0002136183, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   October 18, 2018 to December 20, 2018

## Title
_____

Title of Group:   Published works of Brian Totin, 2018, Vol 4
Number of Photographs in Group:   94

- **Individual Photographs:**   326cola2emr.jpg, 204w96a1dbr1.jpg, 204w96a1dbr2.jpg, 204w96a1dbr3.jpg,
  204w96a1dbr4.jpg, 250w104a94br1a.jpg, 250w104a94br1b.jpg,
  250w104a94br2.jpg, 250w104a94dr.jpg, 250w104a94k.jpg,
  250w104a94lav.jpg, 250w104a94lr.jpg, 326cola2ek.jpg, 326cola2elav.jpg,
  ig1029 haunted.jpg
  **Published:**   October 2018

- **Individual Photographs:**   64w82a3rbrv.jpg, 64w82a3rk v.jpg, 64w82a3rlav v.jpg, 64w82a3rlr2.jpg,
  64w82a3rlr3.jpg, 130w73a9k.jpg, 130w73a9lav.jpg, 130w73a9mr.jpg,
  130w73a9mr2.jpg, 160clarea1fBR1.jpg, 160clarea1fBR2.jpg,
  160clarea1fLAV.jpg, 160clarea1fLR.jpg, 160clarea3jBR.jpg,
  168w66a3br1a.jpg, 168w66a3br1b.jpg, 168w66a3br2a.jpg, 168w66a3br2b.jpg,
  168w66a3k.jpg, 168w66a3k2.jpg, 168w66a3lav1.jpg, 168w66a3lav2.jpg,
  168w66a3lr1.jpg, 168w66a3lr2.jpg, 206w96a2bbr1a.jpg, 206w96a2bbr1b.jpg,
  206w96a2bbr2a.jpg, 206w96a2bbr2b.jpg, 206w96a2bk.jpg, 206w96a2blav.jpg,
  206w96a2blr1.jpg, 206w96a2blr2.jpg, 410e59a2abr.jpg, 410e59a2abr2.jpg,
  410e59a2ak.jpg, 410e59a2alav.jpg, 410e59a2alr.jpg, 423amsterdama5abr.jpg,
  423amsterdama5ak.jpg, 423amsterdama5alav.jpg, 423amsterdama5alr.jpg,
  423amsterdama5aterrace.jpg, 785weaa7dbr1.jpg, 785weaa7dbr2.jpg,
  785weaa7dk.jpg, 785weaa7dlr.jpg
  **Published:**   November 2018

- **Individual Photographs:**   338w77a4abr.jpg, 55w75a3br.jpg, 55w75a3br2.jpg, 55w75a3k.jpg,
  55w75a3lav.jpg, 55w75a3lr1.jpg, 55w75a3lr2.jpg, 55w75a3lr3.jpg,
  55w75a9br.jpg, 55w75a9k.jpg, 55w75a9lav.jpg, 55w75a9lav2.jpg,
  55w75a9lr1.jpg, 64w82a3rfinalbr1.jpg, 64w82a3rfinalbr2.jpg,
  64w82a3rfinalk1.jpg, 64w82a3rfinalk2.jpg, 64w82a3rfinallav.jpg,
  64w82a3rfinallr1.jpg, 64w82a3rfinallr2.jpg, 64w82a3rfinallr3.jpg,
  64w82a3rfinallr4.jpg, 64w82a3rpartbr1.jpg, 64w82a3rpartbr2.jpg,
  64w82a3rpartk.jpg, 64w82a3rpartlav.jpg, 64w82a3rpartlr1.jpg,
  64w82a3rpartlr2.jpg, 64w82a3rpartlr3.jpg, 64w82a3rpartlr4.jpg,
  338w77a4ak.jpg, 338w77a4alav.jpg, 338w77a4alr.jpg
  **Published:**   December 2018

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | October 18, 2018 |
| **Latest Publication Date in Group:** | December 20, 2018 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Brian Totin |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1976 |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Brian Totin |
|  | PO Box 230581, New York, NY, 10023, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Brian Totin |
| **Email:** | brian@briantotin.com |
| **Telephone:** | (917)881-1830 |
| **Address:** | PO Box 230581 |
|  | New York, NY 10023 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Brian Totin, Author |
| **Date:** | February 04, 2019 |

|  |  |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the |



group and the Case Number assigned to the application.

**Explanation of Corrections:**   The list of photographs for December 2018 on the basic registration was incorrect. It repeated the list for November 2018. This supplementary registration is made to correct that error. The deposit copy contained the correct complete list of titles that correspond to the individual photographs included in the basic registration.

EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-163-315

**Effective Date of Registration:**
July 03, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** April 10, 2019 to June 02, 2019

## Title _____

**Title of Group:** Published works of Brian Totin, 2019, Vol 2.
**Number of Photographs in Group:** 76

- **Individual Photographs:** 8w90a1rgarden.jpg, 114w76a2fbr.jpg, 114w76a2fk.jpg, 114w76a2flav.jpg, 114w76a2flr1.jpg, 114w76a2flr2.jpg, 423amsta3bk.jpg, 423amsta3blavlav.jpg, 423amsta3bmr.jpg
  **Published:** April 2019

- **Individual Photographs:** 8w90a1rbr1a.jpg, 8w90a1rbr1b.jpg, 8w90a1rbr2.jpg, 8w90a1rbr3.jpg, 8w90a1rgarden2.jpg, 8w90a1rk.jpg, 8w90a1rlav.jpg, 8w90a1rlav2.jpg, 8w90a1rlr1.jpg, 8w90a1rlr2.jpg, 45w67a17cbr1.jpg, 45w67a17cbr2.jpg, 45w67a17ck.jpg, 45w67a17clav.jpg, 45w67a17clr1.jpg, 45w67a17clr2.jpg, 59w89a3nk.jpg, 59w89a3nlav.jpg, 59w89a3nmr1.jpg, 59w89a3nmr2.jpg, 59w89a3nter.jpg, 104w80a7k.jpg, 104w80a7lav.jpg, 104w80a7mr1.jpg, 104w80a7mr2.jpg, 304w102a1cbr.jpg, 304w102a1ck.jpg, 304w102a1clav.jpg, 304w102a1clav2.jpg, 304w102a1clr1.jpg, 304w102a1clr2.jpg, 304w102a1cwd.jpg, 304w102a1cyard1.jpg, 304w102a1cyard2.jpg, 420w49a4ebr1.jpg, 420w49a4ebr2.jpg, 420w49a4ek.jpg, 420w49a4elav.jpg, 420w49a4elr.jpg, 423amsterdama4ck.jpg, 423amsterdama4clav.jpg, 423amsterdama4cmr1.jpg, 423amsterdama4cmr2.jpg, 785weaa6cbr1.jpg, 785weaa6cbr2.jpg, 785weaa6ck.jpg, 785weaa6clav.jpg, 785weaa6clr1.jpg, 785weaa6clr2.jpg, 785weaa6clr3.jpg, 3003_47sta2nbr1.jpg, 3003_47sta2nbr2.jpg, 3003_47sta2nk.jpg, 3003_47sta2nlav.jpg, 3003_47sta2nlr.jpg
  **Published:** May 2019

- **Individual Photographs:** 64w82a5rbr1.jpg, 64w82a5rbr2.jpg, 64w82a5rk.jpg, 64w82a5rlav.jpg, 64w82a5rlr.jpg, 64w82a5rlr2.jpg, 300347sta2fbr1.jpg, 300347sta2fbr2.jpg, 300347sta2fbr2a.jpg, 300347sta2fk.jpg, 300347sta2flav.jpg, 300347sta2flr.jpg
  **Published:** June 2019

## Completion/Publication _____

**Year of Completion:** 2019
**Earliest Publication Date in Group:** April 10, 2019
**Latest Publication Date in Group:** June 02, 2019
**Nation of First Publication:** United States

## Author _____

- **Author:** Brian Totin
  **Author Created:** photographs
  **Citizen of:** United States
  **Year Born:** 1976

## Copyright Claimant _____

**Copyright Claimant:** Brian Totin
PO Box 230581, New York, NY, 10023, United States

## Rights and Permissions _____

**Name:** Brian Totin
**Email:** brian@briantotin.com
**Telephone:** (917)881-1830
**Address:** PO Box 230581
New York, NY 10023 United States

## Certification _____

**Name:** Brian Totin
**Date:** July 03, 2019

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

EXHIBIT I

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Ceyle*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-169-338

**Effective Date of Registration:**
August 26, 2019
**Registration Decision Date:**
September 16, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   May 30, 2019 to August 09, 2019

## Title

**Title of Group:** Published works of Brian Totin, 2019, Vol 3.
**Number of Photographs in Group:** 30

- **Individual Photographs:** 158w81aphbr1.jpg, 158w81aphbr1a.jpg, 158w81aphbr2.jpg, 158w81aphBR2A.jpg, 158w81aphk.jpg, 158w81aphk2.jpg, 158w81aphlav1.jpg, 158w81aphlav2.jpg, 158w81aphlr.jpg, 158w81aphlr2.jpg
  **Published:** May 2019

- **Individual Photographs:** 206w96a2dbr.jpg, 206w96a2dk.jpg, 206w96a2dlav.jpg, 206w96a2dlr.jpg, 225bennetta2rbr.jpg, 225bennetta2rk.jpg, 225bennetta2rlav.jpg, 225bennetta2rlr1.jpg, 225bennetta2rlr2.jpg, 785weaa1abr1.jpg, 785weaa1abr2.jpg, 785weaa1abr3.jpg, 785weaa1ak.jpg, 785weaa1alav.jpg, 785weaa1alr.jpg
  **Published:** July 2019

- **Individual Photographs:** 785weaa5ebr1.jpg, 785weaa5ebr2.jpg, 785weaa5ek.jpg, 785weaa5elav.jpg, 785weaa5elr.jpg
  **Published:** August 2019

## Completion/Publication

**Year of Completion:** 2019
**Earliest Publication Date in Group:** May 30, 2019
**Latest Publication Date in Group:** August 09, 2019
**Nation of First Publication:** United States

## Author

- **Author:** Brian Totin
  **Author Created:** photographs
  **Work made for hire:** No

**Domiciled in:** United States
**Year Born:** 1976

## Copyright Claimant

**Copyright Claimant:** Brian Totin
PO Box 230581, New York, NY, 10023, United States

## Rights and Permissions

**Name:** Brian Totin
**Email:** brian@briantotin.com
**Telephone:** (917)881-1830
**Address:** PO Box 230581
New York, NY 10023 United States

## Certification

**Name:** Brian Totin
**Date:** August 26, 2019

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

EXHIBIT J



"22w77a63k.jpg"



"22w77a63lav.jpg"



22w77a63mr1.jpg"



"22w77a63mr2.jpg"



"22w77lobby.jpg"

EXHIBIT K



"860RSDa2Klav.jpg"



"860RSDa2Kmr1.jpg"



"860RSDa2Kmr2.jpg"



"860rsda2kknew.jpg"

EXHIBIT L



"338w77a4abr.jpg"



"338w77a4alav.jpg"



"338w77a4alr.jpg"

EXHIBIT M

| Individual Photograph Title | Group Registration Title | Registration Number |
|---|---|---|
| 785weaa3abr1.jpg | Published works of Brian Totin, 2015, Vol 2 | VA 2-102-420 |
| 785weaa3abr2.jpg | Published works of Brian Totin, 2015, Vol 2 | VA 2-102-420 |
| 785weaa3ak.jpg | Published works of Brian Totin, 2015, Vol 2 | VA 2-102-420 |
| 785weaa3alav.jpg | Published works of Brian Totin, 2015, Vol 2 | VA 2-102-420 |
| 785weaa3alr.jpg | Published works of Brian Totin, 2015, Vol 2 | VA 2-102-420 |
| 100w76a5sbr1.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 100w76a5sbr2.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 100w76a5sdr.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 100w76a5sk1.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 100w76a5sk2.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 100w76a5slav1.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 100w76a5slav2.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 100w76a5slr.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 100w76a5smbr.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 206w96a4bbr1.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 206w96a4bbr2.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 206w96a4bk.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 206w96a4blav.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 206w96a4blr.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 304w102a2bk.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 304w102a2blav.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 304w102a2bmr.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 785weaa14bbr1.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 785weaa14bbr2.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 785weaa14bdr1.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 785weaa14bk.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 785weaa14blav.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 785weaa14blr.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 785weaa14bmaid.jpg | Published works of Brian Totin, 2016, Vol 1 | VA 2-096-795 |
| 158w81aphterr.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 160clare5fbr1.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 160clare5fk.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 160clare5flr1.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 160clare5flr3.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 206w96a4cbr1.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 206w96a4cbr2.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 206w96a4ck.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 206w96a4clav.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 206w96a4clr1.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 230w108a6cbr1a.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 230w108a6cbr1b.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 230w108a6cbr2a.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |

| | | |
|---|---|---|
| 230w108a6cbr2b.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 230w108a6cbr3a.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 230w108a6cbr3b.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 230w108a6ck.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 230w108a6clav.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 230w108a6clr.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 304w102a2cbr1.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 304w102a2cbr2.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 304w102a2ck.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 304w102a2clav.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 304w102a2clr1.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 785weaa8ebr1.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 785weaa8ebr2.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 785weaa8ek.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 785weaa8elav.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 785weaa8elr.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 785weaa8elr2.jpg | Published works of Brian Totin, 2017, Vol 1 | VA 2-096-797 |
| 47w90a7k wide.jpg | Published works of Brian Totin, 2018, Vol 3 | VA 2-125-394 |
| 47w90a7k.jpg | Published works of Brian Totin, 2018, Vol 3 | VA 2-125-394 |
| 47w90a7lav.jpg | Published works of Brian Totin, 2018, Vol 3 | VA 2-125-394 |
| 47w90a7mr1.jpg | Published works of Brian Totin, 2018, Vol 3 | VA 2-125-394 |
| 47w90a7mr2.jpg | Published works of Brian Totin, 2018, Vol 3 | VA 2-125-394 |
| 45w67a17cbr1.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 45w67a17cbr2.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 45w67a17ck.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 45w67a17clav.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 45w67a17clr1.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 45w67a17clr2.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 64w82a5rbr1.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 64w82a5rbr2.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 64w82a5rk.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 64w82a5rlav.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 64w82a5rlr.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 64w82a5rlr2.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 8w90a1rbr1a.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 8w90a1rbr1b.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 8w90a1rbr2.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 8w90a1rbr3.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 8w90a1rgarden.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 8w90a1rk.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 8w90a1rlav.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 8w90a1rlav2.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 8w90a1rlr1.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 8w90a1rlr2.jpg | Published works of Brian Totin, 2019, Vol 2. | VA 2-163-315 |
| 158w81aphbr1.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |

| | | |
|---|---|---|
| 158w81aphbr1a.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 158w81aphbr2.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 158w81aphBR2A.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 158w81aphk2.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 158w81aphlav1.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 158w81aphlav2.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 158w81aphlr.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 158w81aphlr2.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 206w96a2dbr.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 206w96a2dk.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 206w96a2dlav.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 206w96a2dlr.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 225bennetta2rbr.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 225bennetta2rk.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 225bennetta2rlav.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 225bennetta2rlr1.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |
| 225bennetta2rlr2.jpg | Published works of Brian Totin, 2019, Vol 3. | VA 2-169-338 |

EXHIBIT N











EXHIBIT O





EXHIBIT P





