UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN TOTIN,

           Plaintiff,                     21-CV-2916 (PGG) (OTW)

       -against-                      **SCHEDULING ORDER**

DIGIULIO GROUP REAL ESTATE LLC, et al.,

           Defendants.

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

**ORDERED** that an in-person Settlement Conference will be held on **Friday, August 06, 2021 at 2:00 p.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VII upon receipt of this Scheduling Order.

It is further **ORDERED** that the parties' Settlement Conference Summary Forms and damage calculations shall be submitted and exchanged by Friday, July 30, 2021, via email (Wang_NYSDChambers@nysd.uscourts.gov) and not on the docket.

**SO ORDERED.**

                                                          _s/ Ona T. Wang_

Dated: July 13, 2021                                **Ona T. Wang**
      New York, New York               United States Magistrate Judge